UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. ___1:22-mj-02034-AOR___

IN RE SEALED COMPLAINT
_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the indictment, arrest warrant, and any resulting order be SEALED until the arrest of the defendant or further order of this Court, for the reasons that the named defendant may flee and/or destroy evidence, and the integrity of the ongoing investigation might be compromised. The United States Attorney's Office also respectfully requests that it be allowed to obtain copies of these documents, and provide copies to other agencies or governments, for purposes of arrest, extradition, or any other necessary cause.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: *Bertila Fernandez*
BERTILA L. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
FLA. BAR NO. 1240992
99 NE 4th Street
Miami, Florida 33132
(305) 961-9099
(305) 619-2176 (cell)
bertila.fernandez@usdoj.gov