UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____1:22-mj-02034-AOR_____

UNITED STATES OF AMERICA

vs.

ALEJANDRO ALVAREZ,

    **Defendant.**

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?    [ ] Yes [x] No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    [ ] Yes [x] No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?    [ ] Yes [x] No

                                                                                Respectfully submitted,
                                                                                JUAN ANTONIO GONZALEZ
                                                                                UNITED STATES ATTORNEY

                             BY:    /S/ *Bertila Lilia Fernandez*
                                    Bertila Lilia Fernandez
                                    Assistant United States Attorney
                                    Florida Bar No. 124092
                                    99 Northeast 4th Street
                                    Miami, Florida 33132-2111
                                    Tel: 305-961-9099
                                    Email: Bertila.Fernandez@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

United States of America )
v. )
)
Alejandro Alvarez )   Case No.   1:22-mj-02034-AOR
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   July 2021 - December 2021   in the county of   Miami-Dade   in the
  Southern   District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Distribution of child pornography |
| 18 U.S.C. § 2252(a)(4)(b) | Possession of child pornography |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

FBI Special Agent Christopher Riopedre
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by   FaceTime

Date:   1/7/22

*Judge's signature*

City and state:   Miami, Florida   United States Magistrate Judge Alicia Otazo-Reyes
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Christopher Riopedre, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since June 2021. I currently serve on the Violent Crimes against Children squad in the FBI's Miami Field Office. My duties include the detection and neutralization of human trafficking and child exploitation. I have received training on the proper investigative techniques for these violations including surveillance techniques; interviewing methods of subjects, witnesses, and victims; and the preparation and execution of arrest, search, and seizure warrants. I have experience in reviewing still images and videos containing sexually explicit conduct on various forms of electronic media including computers, digital cameras, and wireless telephones, and I have discussed and reviewed these materials with other law enforcement officers.

2. I am a law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations, execute and serve search warrants, and make arrests for offenses enumerated in Title 18 of the United States Code, and for offenses against the United States.

3. The information contained in this affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents involved in this investigation.

4. The information set forth in this affidavit is provided in support of the attached criminal complaint, charging ALEJANDRO ALVAREZ ("ALVAREZ") with the following violations: distribution of child pornography, in violation of Title 18, United States Code, Section 2252(a)(2), and possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(b), This affidavit is intended only to establish probable cause and does not

include every fact known to law enforcement about this investigation.

## PROBABLE CAUSE

### Factual Background

5. The Kik Messenger application ("Kik") is an instant messaging mobile application owned by MediaLab.AI Inc. and is available for free download on both iOS and Android operating systems. Kik uses the data plan or Wi-Fi connection of an electronic device, such as a smartphone or a tablet, to send and receive messages, images, videos, mobile webpages, and other content. Kik users are required to register a username. Kik does not require users to register with a telephone number, allowing for user anonymity. Kik maintains a log of each user's internet protocol ("IP") address(es) that can confirm a user's location.

6. The Telegram application ("Telegram") is an instant messaging application owned by a privately held company registered in London and is available for free download on both iOS and Android operating systems. Telegram uses the data plan or Wi-Fi connection of an electronic device, such as a smartphone or a tablet, to send and receive messages, images, videos, mobile webpages, and other content. Telegram users are required to register a username. Telegram requires users to register with a telephone number to utilize their service. Telegram allows for anonymity and does not comply with legal demands from law enforcement.

7. In or around September 2020, a law enforcement officer serving in an undercover capacity ("UC 1") was a member of a certain chatroom group on Kik (the "Group"). The Group members are like-minded individuals who post and/or share videos and images of a pornographic nature including child pornography. Images and videos can be shared directly with the Group members or through links to other cloud-based websites, such as MEGA, that maintain images and video files. The Group has a membership capacity of approximately 50 members. UC 1 has

previously viewed still images and videos appearing to depict suspected child pornography shared by members in the Group. The actual display name and Kik user identification name of the Group is known to me but will be withheld from this Complaint to protect ongoing investigations. If the Group name is publicly disclosed, it will harm UC 1's online identity and ongoing investigations into other targets.

8. An investigation of the Group led to the arrest of the individual Kevin Rebolledo ("Rebolledo"). *See* Case No. 21-mj-04337-CMM. In his post-*Miranda* statement, Rebolledo stated that he used the app Telegram to send and receive child pornography. Rebolledo provided written consent to law enforcement to search his cellphone and to assume his online identity through Telegram.

9. During the search of Rebolledo's phone Law enforcement identified a Telegram user, with the Telegram username "gagepect," who was sending child pornography to and receiving child pornography from Rebolledo, among others. Through further investigation, law enforcement identified "gagepect" as Sergio Romero. Romero was subsequently arrested and consented to law enforcement searching his cell phone and assuming his online identity through Telegram. *See* Case No. 21-mj-04371-EGT.

Offense Conduct

10. An undercover agent ("UC 2") conducted a preliminary review of Romero's phone and found conversations between Romero and a telegram user "jandro877," in which child pornography was being sent and received. "Jandro877" was later identified as ALVAREZ, further discussed below.

11. On July 13, 2021, "Jandro877" sent Romero the following videos along with the text message, "Mmmm uncut kiddie cock turns me on so much":

    a. Video 1

        i. Length: 1 minute 10 seconds

        ii. Description: What appears to be an adult male engaging in anal sex with a toddler aged boy.

    b. Video 2

        i. Length: 24 seconds

        ii. Description: What appears to be an adult male engaging in oral sex with 1 toddler aged boy and an infant aged boy.

    c. Video 3

        i. Length: 1 minute 19 seconds

        ii. Description: What appears to be an adult male engaging in anal sex with a baby.

12. On August 20, 2021, "Jandro877" sent Romero the message "Miss trading vids and jerking our perv cocks"

13. On December 18, 2021, "Jandro877" sent Romero 15 videos, all of which appeared to depict child pornography. The longest video was 7 minutes and 18 seconds and depicted what appeared to be an adult male engaging in anal sex with a pre-pubescent aged female. Later that same day, "Jandro877" (ALVAREZ) sent Romero the message "I wanna suck teen cock so bad!!!"

14. On December 19, 2021, "Jandro877" sent Romero a picture of what appears to be the penis of a teen aged boy, with the message, "chatted with this 15 yo the other day".

15. UC 2, using Romero's online identity, began to speak with "Jandro877," who provided UC 2 with his phone number and home address. A search of publicly available records revealed that there were two people residing at the address, one was Alejandro ALVAREZ. The

records also revealed that the phone number provided by "Jandro887" was associated with ALVAREZ. In addition to the information found in the publicly available records, ALVAREZ's identifiers are consistent with the Telegram username "Jandro877." "Jandro" is a nickname for Alejandro, ALVAREZ's first name, and ALVAREZ was born in 1987.

16. Further investigation and conversations with ALVAREZ revealed he claims to have previously had hands on contact with a 14-year-old male and is currently seeking out underage individuals.

17. For example, on December 29, 2021, the following conversation took place between ALVAREZ and UC 2:

   i. UC 2: "What's the youngest you've had??"

      […]

   ii. ALVAREZ: 14

      […]

   iii. UC 2: That's the one you told me about right?

   iv. UC 2: The 14 yo. When was that?

   v. ALVAREZ: Yeah, met him up at a hotel parking lot, we sucked each other and then he rode me till I busted in him

   vi. ALVAREZ: Yearssss ago

**[SPACE INTENTIONALLY LEFT BLANK]**

## CONCLUSION

18. For these reasons, I respectfully submit that there is probable cause to charge Alejandro ALVAREZ with the offenses of distribution of child pornography, in violation of Title 18, United States Code, Section 2252(a)(2), and possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
SPECIAL AGENT CHRISTOPHER RIOPEDRE
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by Facetime, this 7th day of January 2022,
in Miami, Florida.

_____
HONORABLE ALICIA OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE