# COURT MINUTES

Page 2

## Magistrate Judge Jacqueline Becerra

King Building Courtroom 10-6     Date: 2/3/2022     Time: 10:00 a.m.

Defendant: Alejandro Alvarez ✓     J#: BOND     Case #: 22-CR-20030-MORENO
AUSA: Yara Dodin     Attorney: Samuel Rabin, Jr. (CJA) ✓
Violation: Distribution/Possession of Child Pornography
Proceeding: Arraignment     CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No     Recommended Bond:
Bond Set at: Stip. $150K PSB     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

Language: English ✓

Disposition:
Brady already given
- Deft arraigned
Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE     Date:     Time:     Judge:     Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:08:47/Backup 220203102553     Time in Court: 1 min