UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-20030-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**ALEJANDRO ALVAREZ,**

        Defendant.

_____/

### ORDER REQUIRING DEFENDANT'S
### PRESENCE AT CALENDAR CALL

THIS CAUSE came before the Court *sua sponte.*   It is

ORDERED and ADJUDGED that the defendant is required to be present at the Calendar

Call on **TUESDAY, March 8, 2022 at 2:00 p.m.**

DONE and ORDERED in Miami-Dade County Florida this ___7th__ day of March 2022.


_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE


Copies furnished to:

All counsel of record