UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20030-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                <u>CHANGE OF PLEA MINUTES</u>

ALEJANDRO ALVAREZ,

    Defendant.
_____/

On June 22, 2022 the above-named defendant appeared in person before the Honorable FEDERICO A. MORENO, United States District Judge, with counsel, Sam Rabin, Esq., counsel appointed by the Court, and said defendant stated in Open Court that he desires to withdraw his plea of not guilty heretofore entered and desire to enter a plea of guilty as to Count TWO of the Indictment.

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Defendant's *ore tenus* motion to allow the defendant to remain on bond is DENIED for the reasons stated in Open Court.

Whereupon:

The Court postponed sentencing until August 30, 2022 at 9:30 a.m.

Court Reporter: Gilda Pastor-Hernandez      AUSA: Hayden O'Bryne

Deputy Clerk: Shirley Christie      INTERPRETER: N/A

Court Time: 27 minutes