# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 22-CR-20030-FAM

UNITED STATES OF AMERICA

v.

ALEJANDRO ALVAREZ

Defendant.

_____/

### FACTUAL PROFFER

Defendant, Alejandro Alvarez, his counsel, and the United States agree that, had this case proceeded to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

In September of 2020, a law enforcement officer serving in an undercover capacity was a member of certain chatroom group on the KIK messaging application. An investigation into one of the KIK group's users led to the arrest of an individual named Sergio Romero ("Romero"). After Romero's arrest, law enforcement received consent to search his cell phone and assume his online identity. A review of Romero's phone led law enforcement to investigate a user of the Telegram messaging application named "Jandro877," later identified as the Defendant.

The Defendant and Romero met on the social media application Twitter. On May 24, 2021, the Defendant and Romero, using the Telegram username "gagepec," began messaging on the Telegram application.

On July 13, 2021, the Defendant sent "gagepec" three videos containing Child Pornography, with the message "[m]mmmm uncut kiddie cock turns me on so much," the videos are described as follows:

**Video 1** (1 minute and 10 seconds): an adult male engaging in anal sex with a toddler aged boy.

**Video 2** (24 seconds): an adult male engaging in order sex with a toddler aged boy and an infant aged boy.

**Video 3** (1 minute and 19 seconds): an adult male engaging in oral sex with a baby.

Over the next few months, the Defendant continued to chat with Romero. On December 18, 2021, the Defendant sent Romero 15 child pornography videos. One of the videos was 7 minutes and 18 seconds long and depicted an adult male engaging in anal sex with a prepubescent female.

The next day, the Defendant sent a photo depicting the penis of a teen aged male, he claimed the penis belonged to a fifteen-year-old male he was messaging with. The Defendant later claimed, in his post-*Miranda* statement, that the photo of the photo of the 15-year-old male was sent to him by another individual.

An undercover law enforcement agent ("UC") began to chat with the Defendant as Romero on December 29, 2021.

During their conversation, the Defendant provided UC with his personal cell phone number ending in 9617 and his home address. AT&T records confirmed that the cell phone number was associated with the Defendant's mother, and records from the Florida Driver and Vehicle Information Database confirmed that the address the defendant provided was listed on the Defendant's driver's license. Furthermore, the Defendant's identifiers, his name and date of birth, are consistent with his Telegram username "Jandro877." "Jandro" is a nickname for Alejandro, the Defendant's first name, and the Defendant was born in 1987.

During his chats with UC, the defendant stated that years ago he had sexual relations with a 14-year-old male. He also admitted that he kept his child pornography files on the Telegram application rather than saving them on his phone.

On January 10, 2022, law enforcement arrested the Defendant on a federal complaint. The Defendant signed a written *Miranda* waiver and consent to search his iPhone 11, bearing the IMEI number 352845115673610 ("iPhone").

During his post-*Miranda* interview, the Defendant admitted to ownership of the Telegram account "Jandro877," and sending, receiving, and keeping child pornography on the Telegram application on his phone. He also admitted that he did not have an age preference and would accept any child pornography files he received.

A review of the Defendant's iPhone revealed 600 or more images depicting child pornography. The images and videos found on the Defendant's phone travelled in interstate and foreign commerce through the internet.

**[SPACE INTENTIONALLY LEFT BLANK]**

The parties agree that the above facts, which do not include all the facts known to the Government and the Defendant, are sufficient to prove the Indictment beyond a reasonable doubt.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 6/22/22          By: _____
                           BERTILA LILIA FERNANDEZ
                           ASSISTANT UNITED STATES ATTORNEY

Date: 6\22\22          By: _____
                           SAM RABIN
                           ATTORNEY FOR DEFENDANT

Date: 6.22.22          By: _____
                           ALEJANDRO ALVAREZ
                           DEFENDANT