UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20030-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ALEJANDRO ALVAREZ,

        Defendant.
_____/

## ORDER DENYING MOTION TO ALLOW THE DEFENDANT TO REMAIN ON BOND PENDING SENTENCING

THIS CAUSE came before the Court upon defendant's unopposed motion to allow the defendant to remain on bond pending sentencing **[D.E. #23]** and a Change of Plea hearing being held on June 22, 2022, it is

ORDERED and ADJUDGED that said motion is **DENIED for the reasons stated in Open Court.**

DONE and ORDERED in Open Court in Miami-Dade County Florida this 22nd day of June, 2022 and signed this 23rd day of June, 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record