UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 22-20030-CR-MORENO

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

ALEJANDRO ALVAREZ,

    *Defendant*.

_____/

## UNOPPOSED MOTION TO FILE DOCUMENT UNDER SEAL AND IN EXCESS OF TWENTY PAGES

COMES NOW, the Defendant, **ALEJANDRO ALVAREZ**, by and through undersigned counsel, and hereby requests that this Honorable Court enter an Order allowing him to file a document under seal and in excess of twenty (20) pages. In support hereof, we aver the following:

1.     **MR. ALVAREZ** is filing his "Sentencing Memorandum."

2.     The Sentencing Memorandum details information in the public domain as well as information that is not in the public record, including details of **MR. ALVAREZ'S** medical issues. Additionally, for reasons pertaining to **MR. ALVAREZ'S** security and well-being, it is respectfully requested that the Court permit same to be filed under seal.

3.     This pleading is longer than twenty (20) pages because there are numerous sentencing factors which we wish to bring to the Court's attention. We ask this Court's permission for leave to file the Sentencing Memorandum, not to exceed thirty (30) pages, in order to apprise the Court of same.

4.     In accordance with the Local Rule 88.9, counsel conferred with the

prosecutor assigned to this cause, Assistant United States Attorney Bertila Fernandez, and she authorized counsel to represent that she has no objection to the relief requested herein.

WHEREFORE, for good cause shown the Defendant, **ALEJANDRO ALVAREZ,** prays that this Honorable Court will permit him to file his Sentencing Memorandum under seal and in excess of twenty (20) pages.

Respectfully submitted,

**RABIN & LOPEZ, P.A.**
One Southeast Third Avenue
Suite 2600
Miami, FL  33131
Tel:  305•358•1064
Email:  sjr@miamilawyer.com

*s/Samuel J. Rabin, Jr.*

SAMUEL J. RABIN, JR.
Florida Bar № 273831

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of August 2022, a true and correct copy of the foregoing Unopposed Motion to File Document Under Seal and in Excess of Twenty Pages was furnished via the CM/ECF system to all parties designated to receive the electronic filings in this cause.

*s/Samuel J. Rabin, Jr.*

SAMUEL J. RABIN, JR.