UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 22-20030-CR-MORENO

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

ALEJANDRO ALVAREZ,

    *Defendant*.

_____/

## ORDER GRANTING UNOPPOSED MOTION TO FILE DOCUMENT UNDER SEAL AND IN EXCESS OF TWENTY PAGES

THIS CAUSE came before the Court upon the Defendant's Unopposed Motion to File Document Under Seal and in Excess of Twenty (20) Pages, it is hereby

ORDERED and ADJUDGED that the Defendant's Unopposed Motion to File Document Under Seal and in Excess of Twenty (20) pages is GRANTED. The Defendant is permitted to file his Sentencing Memorandum under seal and in excess of twenty (20) pages but not to exceed thirty (30) pages.

DONE and ORDERED in the Southern District of Florida on this \_\_\_ day of August 2022.

_____
FEDERICO A. MORENO
United States District Judge

cc:    Counsel of Record