UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20030-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALEJANDRO ALVAREZ,

    Defendant.
_____/

## ORDER DENYING MOTION TO FILE DOCUMENT UNDER SEAL AND GRANTING MOTION TO FILE IN EXCESS OF TWENTY PAGES

THIS CAUSE came before the Court upon defendant's unopposed motion to file document under seal and in excess of twenty pages. **[D.E. #32]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED as follows:

1. Defendant's motion to file document under seal is **DENIED.**

2. Defendant's motion to file in excess of twenty pages is **GRANTED.**

DONE and ORDERED in Miami-Dade County Florida this ___ day of August 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record