UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20030-FAM

**UNITED STATES OF AMERICA**

vs.

**ALEJANDRO ALVAREZ,**

    **Defendant.**

_____/

**THE UNITED STATES OF AMERICA'S
UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

The United States of America, through undersigned counsel, respectfully requests this Court to continue the sentencing hearing of Defendant, Alejandro Alvarez ("Defendant"), until at least September 6, 2022, and in support states:

    1.    On June 22, 2022, the Defendant pled guilty to Count 2 of the indictment, distribution of child pornography, in violation of Title 18, United States Code, Section 2252(a)(2). (DEs 24, 25).

    2.    On June 23, 2022, the Court set the Defendant's sentencing hearing for August 29, 2022, at 9:30 am. (DE 27).

    3.    The undersigned is currently scheduled for jury duty at the 11th Judicial Circuit of Florida for the week of August 29, 2022.

    4.    Therefore, the government is requesting that the sentencing hearing be continued until after the undersigned has completed jury duty.

    5.    In accordance with local rule 88.9 the government has conferred with counsel for the Defendant, who does not object to the relief requested herein.

6. For the reason set forth above the government respectfully requests that the Court continue the Defendant's sentencing until at least September 6, 2022.

> Respectfully submitted,
>
> Juan Antonio Gonzalez
> United States Attorney

By: */s/ Bertila L. Fernandez*
Bertila L. Fernandez
Assistant United States Attorney
Florida Bar No. 124092
99 NE 4th Street
Miami, Florida 33132
(305)916-9099
Bertila.fernandez@usdoj.gov

## Certificate of Service

I certify that on August 23, 2022, I electronically filed this document with the Clerk of Court using the CM/ECF system.

*/s/ Bertila L. Fernandez*
Bertila L. Fernandez
Assistant United States Attorney