UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20030-FAM

**UNITED STATES OF AMERICA**

vs.

**ALEJANDRO ALVAREZ,**

    **Defendant.**
_____/

## ORDER

**THIS CAUSE** comes before the Court upon the government's Unopposed Motion to Continue Sentencing Hearing. The Court has considered the motion and the record. It is thereupon

**ORDERED** that the government's Motion is **GRANTED**. The sentencing hearing is continued until at least September 6, 2022.

**DONE AND ORDERED** in chambers at Miami, Florida, this ___ day of _____, 2022.

_____
HONORABLE FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE