UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 22-20030-CR-MORENO

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

ALEJANDRO ALVAREZ,

    *Defendant*.

_____/

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE PARTIALLY SEALED SENTENCING SUBMISSIONS

THIS CAUSE came before the Court upon the Defendant's Unopposed Motion for Leave to File Partially Sealed Sentencing Submissions, it is hereby

ORDERED and ADJUDGED that the Defendant's Unopposed Motion for Leave to File Partially Sealed Sentencing Submissions is GRANTED. The Defendant is permitted to file a copy of his Sentencing Memorandum, and referenced exhibits, with partial redactions consistent with those proposed in his Motion. An unredacted copy of the Sentencing Memorandum and exhibits shall be provided to the Court and counsel of record.

DONE and ORDERED in the Southern District of Florida on this ___ day of August 2022.

                                                              _____
                                                              FEDERICO A. MORENO
                                                              United States District Judge

cc:    Counsel of Record