UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20030-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALEJANDRO ALVAREZ,

    Defendant.
_____/

## ORDER DENYING MOTION FOR LEAVE TO FILE PARTIALLY SEALED SENENCING SUBMISSIONS

THIS CAUSE came before the Court upon defendant's unopposed motion for leave to file partially sealed sentencing submissions **[D.E. #36]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that said motion for leave to file partially sealed sentencing submissions is **DENIED.**

DONE and ORDERED in Miami-Dade County Florida this 25 day of August 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record