# Distribution of Sentence Length
Fiscal Year 2015,2016,2017,2018,2019,2020,2021



- 120 Months or More 24.5%
- 60 to 119 Months 48.3%
- 24 to 59 Months 16.2%
- Up to 24 Months 11.0%

The figure includes the 7,024 cases reported to the Commission. Cases missing information necessary to complete the analysis were excluded from this figure. Sentences of probation only are included here as zero months.

**FILTER:**
Fiscal Year: 2015,2016,2017,2018,2019,2020,2021; Circuit: All; State: All; District: All; Race: All; Gender: All; Age: All; Citizenship: U.S. Citizen; Education: All; Crime Type: Child Pornography; Guideline: §2G2.2; Drug Type: All; Sentencing Zone: D; Criminal History: I; Career Offender Status: All

# Average and Median Sentence Length
Fiscal Year 2015,2016,2017,2018,2019,2020,2021



The figure includes the 7,024 cases reported to the Commission. Cases missing information necessary to complete the analysis were excluded from this figure. Sentences of 470 months or greater (including life) and probation were included in the sentence average computations as 470 months and zero months, respectively. Sentences of probation only are included here as zero months. The information in this figure includes conditions of confinement as described in USSG §5C1.1.

**FILTER:**
Fiscal Year: 2015,2016,2017,2018,2019,2020,2021; Circuit: All; State: All; District: All; Race: All; Gender: All; Age: All; Citizenship: U.S. Citizen; Education: All; Crime Type: Child Pornography; Guideline: §2G2.2; Drug Type: All; Sentencing Zone: D; Criminal History: I; Career Offender Status: All