UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 22-20030-CR-MORENO

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

ALEJANDRO ALVAREZ,

    *Defendant*.

_____/

## NOTICE OF FILING LETTERS IN SUPPORT OF DEFENDANT'S SENTENCING

COMES NOW, the Defendant, **ALEJANDRO ALVAREZ**, by and through undersigned counsel, hereby files his Notice of Filing Sentencing Letters in Support of Defendant's August 30, 2022 sentencing hearing.

Respectfully submitted,

**RABIN & LOPEZ, P.A.**
SunTrust International Center
One Southeast Third Avenue
Suite 2600
Miami, FL 33131
Tel: 305•358•1064
Email: sjr@miamilawyer.com

s/ *Samuel J. Rabin, Jr.*

SAMUEL J. RABIN, JR.
Florida Bar № 273831

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of August 2022, a true and correct copy of the foregoing was furnished via the CM/ECF system to all parties designated to receive the electronic filings in this cause.

s/ *Samuel J. Rabin, Jr.*

SAMUEL J. RABIN, JR.