August 7, 2022

Honorable Federico A. Moreno
United States District Judge
Southern District of Florida
400 North Miami Avenue
Room 12-2
Miami, FL 33128


Your Honor:

This letter is to ask you for leniency for my son Alejandro Alvarez. I write this letter with anguish and a heavy heart. But I have faith that you will see Alejandro for who he really is, and not just see the mistakes he has made.

I would like to share some things about Alejandro's background and character that you may not be aware of. I raised Alejandro and his two sisters, Cristina and Jessica, on my own. Their father was an alcoholic and his behavior was increasingly bad. My children were young when I finally got divorced. Alejandro was 9, Cristina was 6, and Jessica was 4.5. Their father moved away, living in Alaska and Texas for most of their childhoods, and he barely saw them. I received very little child support over the years. I didn't receive any money for many months at a time. Being a single mother wasn't easy trying to manage all my roles and responsibilities. We lost our home to foreclosure because I couldn't find a job. Three months later I was blessed to get a job with Florida Power & Light. 26 years later I continue to work with the same company.

I can honestly say that I could have never raised and supported my family without Alejandro. It makes me sad to think about because he was so young, but Alejandro basically co-parented with me. He is an amazing brother who loves his sisters so much. He helped me raise the girls. When they were growing up, I had to work long hours and on weekends to make ends meet. While I was still in the office or on my way home from work, Alejandro made dinner so we could all eat together at the table when I got home. He cleaned the apartment and did the laundry. He helped his sisters with their homework, even when he had his own homework to do. My three children are very close. I feel that as siblings they have a unique place in each other's lives. Alejandro has always been the heart and soul of our family. While Alejandro was on house arrest my girls came from D.C. and Phoenix to spend time with their brother. My two sons-in-law came too. We had dinner every night and then we played board games. I miss this so much. I am alone hoping that sooner than later we can all eat at the table once again.

Alejandro had a very hard childhood. Harder than I ever knew. Before Alejandro was taken to prison, he told us about what my ex-boyfriend did to him when he was just a child. Alejandro wanted us to find out from him, and not his lawyers or anyone else. I will never forgive myself for bringing this person into our home. I divorced their father because I was trying to protect my children. I will never forgive myself for not knowing what was happening. I wish Alejandro

told me. I know he never told me because he saw how much I was struggling and how much we were struggling as a family. This person took advantage of this.

As an adult Alejandro has continued to support me emotionally and financially. He has lived with me for the last 10 years, and he has been my primary support system during this time. We had dinner together almost every night. This was our time to talk, laugh, share our day-to-day struggles, and support each other through life's ups and downs. I have serious health issues, including Hashimoto's disease and Factor V Leiden thrombophilia. I have been admitted to the hospital several times for illnesses and surgeries. Alejandro has always been by my side. For example, seven years ago they removed a large tumor from my parotid gland. I was out of work for 3 months. Alejandro was with me at the hospital and he accompanied me to every follow-up appointment because I wasn't able to drive. He made meals ahead of time so I could have food while he was at work. Also, the whole time Alejandro was living with me he helped me pay rent and buy food and household necessities. I miss Alejandro more than words can describe.

Alejandro is constantly showing love and compassion for others. I know his friends and other members of our family are writing letters about Alejandro too and they will tell you many stories. I want to share one recent story from his time in prison. Alejandro is passionate about reading, and one day another inmate saw him reading and asked him if he could please teach him how to read and write in English. Now Alejandro spends at least one hour every day teaching the inmate English. Every time Alejandro calls us from prison he updates us on his teaching. He is always excited to talk about it. It clearly makes him happy to be helping his student and seeing him learn and grow. That is the kind of young man Alejandro is.

Your Honor, my son has done something awful. But he is not a bad person. He is so sorry for what he has done and how it has affected everybody. Alejandro does have plans for the future. His hopes and dreams are to complete his bachelor's degree and use it to help others. Our family will be there to support him. We will always have a stable, safe home for him to come home to. Your Honor, I implore that you please have leniency with Alejandro's sentencing so he can rebuild his life and pour out only love and goodness in the future.

Thank you, Your Honor, for taking the time to read my letter.

Sincerely,


Astrid Y. Alvarez

August 20, 2022

Honorable Federico A. Moreno
United States District Judge
Southern District of Florida
400 North Miami Avenue
Room 12-2
Miami, FL 33128

RE:     Alejandro Alvarez (Fed. Reg. No. 81144-509)

Dear Judge Moreno,

I am writing this letter on behalf of my brother Alejandro Alvarez.  I am one of Alejandro's two sisters, along with my younger sister Jessica.  I am also a lawyer, currently clerking for the Honorable Mary H. Murguia, Chief Judge of the United States Court of Appeals for the Ninth Circuit.  Before this, I was a law clerk to the Honorable Analisa Torres, United States District Judge for the Southern District of New York.  Following my graduation from Columbia Law School, I worked at a large international law firm in New York City.

Our parents divorced when we were very young.  Soon after the divorce, our father chose to play no role in our lives and so my mother was forced to raise three children completely on her own. As a result, our family faced significant financial difficulties—among other things, we quickly lost our home to foreclosure.  Even though my siblings and I were just children, we felt we each had an important role to play in keeping our family afloat.  Nobody took this responsibility more seriously than Alejandro.  In many ways, Alejandro tried to shield my sister and me from our difficult reality.  He helped my mother in every way imaginable.  Although Alejandro was only nine years old at the time, he became a de facto babysitter, chef, and parent.  He walked me to class every day, he cooked for my sister and me every night, and he made sure we were entertained while my mother worked long nights and weekends.

As we got older, Alejandro continued to be an important presence in my life. I attended Brown University on a full academic scholarship, and my family had very little money to contribute to the attendant expenses.  Nonetheless, Alejandro did his best to make sure I had what I needed: he helped me buy winter clothes, he helped pay for flights home, and he was always there to talk when I felt overwhelmed.  As I got older and eventually became a lawyer, Alejandro was always there to listen as I made difficult decisions about my future.  Despite his limited familiarity with the legal profession, he listened as I weighed the pros and cons of law schools, law firms, and clerkships.  Looking back now, I imagine many of these conversations must have been bittersweet for him—as a child, Alejandro dreamed about becoming a lawyer, but he was unfortunately unable to complete his college education due to his mental health struggles.  Yet, Alejandro only ever expressed genuine pride, encouragement, and support as I charted my own path away from home.

Until Alejandro's incarceration, he continued to be my mother's primary support system.  I have always referred to Alejandro and my mother as best friends because their special bond is undeniable.  Prior to his arrest, Alejandro contributed to the household expenses, supported my

mom through serious medical procedures, and always made sure our mother was taken care of after my sister and I left Miami. Alejandro has always made sure our mother felt special: he would plan her birthday parties, take her out to her favorite restaurants, and celebrate her on both Mother's Day and Father's Day. For many years I have relied on Alejandro to be there for our entire family when I could not be, and it is heartbreaking to see the many ways in which Alejandro's absence has already devastated my family.

This has been an incredibly difficult experience for all of us. Alejandro has been forced to confront his painful past. When he revealed to me that he had been sexually abused for many years, he brought up how the perpetrator would sometimes help our family out financially. Alejandro said that, at the time, he believed our family would not have had enough money to get by without this assistance, and so he kept quiet. As we discussed the best way for him to tell the rest of our family, his only concern was the impact the revelation would have on our mother. Even as he emotionally and mentally prepared to reveal something that had weighed on him so heavily for so long, he only worried others. I cannot imagine how scared my brother must have felt for so many years. I just wish we could have taken care of him and protected him in the same way he had always tried to do for us.

I have personally witnessed the many ways in which Alejandro has taken responsibility for his actions. I am incredibly thankful to Chief Judge Murguia for giving me the opportunity to move to Miami for several months leading up to my brother's incarceration. From the beginning, we knew this would likely be our last chance to spend time together for years to come, and so we did our best to find ways to stay positive. In many ways, those months were reminiscent of our childhood—my brother cooked us dinner almost every night, we played board games, and watched our favorite tv shows. Other times, we had painful and honest discussions about his actions and the consequences to come. During this time, Alejandro not only expressed deep remorse and regret for what he had done and for the victims impacted by his crime, but he also exhibited a strong and sincere commitment to rehabilitation. Every week he was eager to attend multiple therapy sessions, and he remained sober the entire time he was on pre-trial release, even though he had abused alcohol and drugs for many years leading up to his arrest. He also demonstrated an acute awareness of the ways in which his impending incarceration would change the course of his life forever, but he immediately began thinking of ways he could be productive during his time in prison. He expressed hope that during his incarceration he would be able to complete his college education, obtain a productive job, and find ways to prepare for a life after prison.

For all these reasons, and despite everything that has happened, I am still proud to call Alejandro my brother. I know I would not be who I am today without him. He has made me a better family member, friend, and lawyer. And he has made our family better, happier, and safer. He has a kind and gentle soul, and he is so much stronger than I think even he realizes. Although I often try to put on a brave face for my family, I cannot help but worry every day—and almost constantly—about whether Alejandro will be safe during his incarceration, whether he will receive the medications he needs to live, whether he will receive the mental health treatment he wants and so desperately needs, and whether our mother will survive the complete devastation and grief she is enduring.

Judge Moreno, I understand—perhaps more than most family members who submit letters such as this—your solemn responsibility in sentencing. I have had the opportunity to witness, and assist, judges as they wrestle with this duty.  I recognize that Alejandro has committed a terrible crime. But I am also certain that my brother has the strength and will to change and the support system that he needs to be a productive and law-abiding member of society as soon as he is released.  I am committed to ensuring that Alejandro has the support he needs after his incarceration, and I am grateful that I am now in a position to help him in every way going forward.

I respectfully beg you to show Alejandro mercy.  Thank you for your time.


Sincerely,


Cristina Alvarez

Jessica Alvarez
1100 2ND PLACE SE
Washington, DC 20003

July 30,2022

HONORABLE FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA
400 NORTH MIAMI AVENUE
ROOM 12-2
MIAMI, FL 33128

Dear Judge Moreno,

I am writing this letter on behalf of my brother Alejandro Alvarez. For as long as I can remember, Alejandro has always been the glue and backbone of our family and of his group of friends - putting each of us first and keeping us together. Despite what the current situation might say about Alejandro's character, it is not an accurate reflection. Alejandro is more than his mistake. He is a good-hearted, selfless, caring, and compassionate human who cares for the greater good of humanity, advocates for an inclusive world, and wholeheartedly cares for his loved ones.

Being raised in a single-parent household impacted my siblings and me - it forced us to grow up a lot faster than our peers. Through his selfless actions of caring for my sister and me, from ensuring we had a cooked meal on the table every night to being a protector, my brother taught me that love existed beyond a parental figure. Throughout childhood and until now, he has always been a constant presence of comfort and love.

Alejandro and I share some similar life experiences. We went to the same high school and being five years younger, I was always referred to as "Alejandro's younger sister" by the faculty and staff. He was involved in many extracurricular activities, including a community service club, a science club, and student government. During his senior year, he was recognized for his superb character, integrity, and commitment to the community by receiving the "Hall of Fame Award," an award that only honors one male and one female student in the entire graduating class. I vividly recall the pressure I felt walking through the door of our high school on my first day of Freshman year, knowing I had to live up to his legacy. Ultimately, his shoes were too big to fill, and his generous and caring personality was too high of an expectation for me. He served others and our community far better than I could have ever done and with a pure and genuine heart.

Alejandro's heart for people and serving others goes beyond his loved ones. Alejandro excelled in his workplace due to his character and dependability. We also shared similar work experiences, and at a point, we worked for the same company during the same time. And while

it took me slightly longer to gain a leadership role within that company, Alejandro quickly climbed the ladder, making a name for himself because of his personable and reliable personality. While I was there to solely do my job, he was there to do his job and make people feel seen - leaving a positive impact and experience on every life he encountered.

Alejandro has faced far more obstacles and challenges than a person should ever have to experience. In the last couple of months, he has shown great remorse for his wrongdoings and resilience to seek help and get to the root of this situation. He has experienced several breakthroughs that are a representation of his strength and character, from acknowledging his troubles with alcohol and drugs to finally speaking out about the sexual abuse he experienced. Alejandro has expressed his commitment to learning more about himself and using this time to become a better version of himself.

As we have gotten older and with time, he has become my confidant, my best friend. He is so loved by so many, and his presence is missed every day. I am committed to seeing him through this unfortunate circumstance, by being here for him daily through phone calls, emails, and visits. I eagerly anticipate the day when we can gather again as a family, when I can witness his goodness in person, and when I can see our mom feel whole again. Alejandro is the kindest, most loving, and purest person I know - he has an unmatched heart.

Your Honor, I thank you for your time and for the opportunity to paint a more accurate picture of Alejandro. I ask that you consider Alejandro's true character throughout this process.

Sincerely,

Jessica Alvarez

August 19, 2022

Honorable Federico A. Moreno
United States District Judge
Southern District of Florida
400 North Miami Avenue
Room 12-2
Miami, FL 33128

RE:     Alejandro Alvarez (Fed. Reg. No. 81144-509)

Dear Judge Moreno:

I am currently a fellow and research scholar at New York University School of Law, where I co-teach the Technology Law and Policy Clinic. Previously, I was a member of the faculty at Arizona State University's Sandra Day O'Connor College of Law, where I co-taught the First Amendment Clinic. Among other things, I have also served as a law clerk to the Honorable Allyne R. Ross, United States District Judge for the Eastern District of New York. I am a graduate of New York University School of Law and a member of the Arizona and New York bars.

I have known Alex Alvarez for ten years. I met his sister Cristina when we were both undergraduates at Brown University. Cristina and I have been together since college, and we are now engaged. Alex and I have shared together countless meals, celebrations, and holidays. I have stayed with Alex and his mother Astrid whenever I have visited Miami over the past decade, usually multiple times per year. Alex and I regularly speak by phone several times per week, and we have continued to do so since he was taken into custody. Alex has become a brother to me.

Alex is going to serve a substantial term of imprisonment, as he must. I have no illusions about the nature or details of Alex's offense. And as a lawyer and former law clerk, I respect your duty to impose a sentence that you believe sufficiently reflects the seriousness of his conduct, and deters it. But I also believe that Alex is an extraordinary individual in ways that make his case far from ordinary. Here are some reasons why:

Since the first day we met, Alex has been one of the most consistently kind, generous, and reliable individuals in my life. Alex works to make those around him feel included, safe, and supported—and he clearly derives joy in doing so. He is the sort of person who can just light up a room, with his sense of humor, his empathy, and his humility. I have seen Alex exhibit these qualities, and I have been the grateful beneficiary of them, again and again throughout the years.

I look forward to our visits to Miami because of Alex. When I arrive, Alex is always there to pick me up at the airport. He insists on cooking me dinner. He invites me along to gatherings with his close, long-time friends. I have always known he has my back.

But our relationship extends much deeper. For example, over the past few years, I have lost a number of close family members, and both of my parents have dealt with grave medical issues—terminal diagnoses, catastrophic injuries, and months-long hospital stays. Not a single week has gone by when Alex has not reached out to check in on me and my loved ones. Even from prison, Alex has been calling me to ask how my parents are doing.

Alex cares deeply about the well-being of his family and friends—and I feel lucky that he considers me both. Alex would move heaven and earth for us, and in particular for his mother and sisters, with whom he is uncommonly close. I feel lucky to be part of this family, and it breaks my heart to see the pain that they are enduring. I am also grieving. We have all lost a piece of ourselves.

I believe that Alex is a genuinely good person. He engaged in egregious conduct, and he is going to be punished for it. But because Alex is a good person, I know that he understands—intensely—both the seriousness and the wrongfulness of his actions. I have witnessed this first-hand. Cristina and I moved to Miami in the months following Alex's arrest. Up until the day that Alex was taken into custody, we visited with him just about every day, staying from morning until night. During these times, often through tears, he articulated to me his profound remorse. He recognized the harm that the conduct he engaged in has for victims, children who need the full protection of the law and law enforcement. He recognized the pain that his conduct has caused for those around him. He feels these things deeply, earnestly, and openly.

It is clear now just how much Alex has been struggling for a very long time. Alex has finally begun to work through the lasting trauma that he suffered as a child—something that he was not able to reveal to his family until recently. And he is honestly grappling with the conduct that led to his arrest and conviction. I saw first-hand the positive impact that therapy was having on Alex in the months after his arrest, and just how seriously he took his treatment. Once he is able to resume treatment, I know Alex will engage with it in the same positive way. Alex needs and also truly wants help.

I believe that Alex has a bright future. Every day I am fortunate to work with law students who have limitless potential and a desire to make a difference. I see in Alex the same sort of potential—potential that has been dragged down by demons that Alex is now wrestling with at last. Even in the midst of this tragedy and the uncertainty surrounding it, Alex has already started making a difference: In the two months that he has been at FDC Miami, he has been providing English instruction to other inmates—not for any material benefit for himself, but simply to be of service. As an educator myself, I find this inspiring. I have no doubt that Alex is going to continue to use his time away in similarly productive and selfless ways.

The sooner Alex is released, the sooner he can return to make a positive impact in his community—and the sooner I can help him do so. Right before Alex's change-of-plea hearing, he asked me to promise that I would always be there for his sisters and mother. This was very much in his character—even at his lowest low, Alex was worried more about his family than about himself. I told him that I would always be there for them. But I also told him—and I meant it with all my heart—that I would be there for him too. Cristina and I possess both the will and the wherewithal to ensure that, upon release, Alex will obtain the right and best treatment, and

have a stable and safe home environment. With the incredible support system of his family and friends, his clear-eyed appreciation for the wrongfulness of his conduct, and the ongoing counseling and therapy that he will receive, Alex will fulfill his potential. He has so much to offer.

For all the adversity that Alex has faced, for all the good that he carries within him, and for all the good that he is going to do in the future, I respectfully implore you to show him some small measure of leniency. Please allow Alex to come home sooner rather than later.

Thank you for taking the time to read and consider this letter.

Respectfully,


Jacob M. Karr

Mohamed Hamoud
1100 2nd Pl SE
Washington, DC 20003

August 1, 2022

HONORABLE FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA
400 NORTH MIAMI AVENUE
ROOM 12-2
MIAMI, FL 33128

Your Honor,

I am Alejandro's brother-in-law, and I have known him for 3 years.  In that time, I had the opportunity to witness Alejandro's generosity, loyalty, and compassion.

The first time I met Alejandro, it was only natural to expect that I would have a hard time winning the trust of my then-girlfriend's older brother. However, within minutes he asked me if I prefered chicken or steak in my tacos, as he was preparing dinner for us to enjoy while we got to know each other. He gave me a chance to prove my intentions while approaching our introduction to each other in a welcoming and kind manner. As I spent more time around Alejandro, I continued seeing traits in him that I wished I had in myself, one of which is the high regard he holds his family in.

Christmas was not taken lightly in the Alvarez household, and Alejandro did not shy away from putting all of his effort and time into making every Christmas more special than the last for his family. He would put unfathomable effort and time into cooking and baking family favorites, while keeping everyone else happy and lessening the load and stress on his mother and uncle. From sharing memories around the fire pit, to pulling out his Santa hat and managing the Christmas activities, Alejandro wanted everyone to walk away with a smile on their faces. I had never met Alejandro's extended family before celebrating my first Christmas with them, but Alejandro wasted no time including me in the family stories and games as if I had always belonged there.

Alejandro is a motivating and reassuring figure to his mother and siblings, and I imagine that extends to his friends since I noticed how many of them love being in his presence. For example, he found ways to motivate his sister, Jessica, to begin planning out her personal training career by spending hours thinking of names for her business and determining who her target audience would be. Alejandro's kindness, however, extends beyond those close to him.  Alejandro is always ready to stand up and speak out for the voiceless. There were multiple instances where I found Alejandro speaking up and reminding others that not understanding or relating to a person's actions or beliefs does not give us a right to pass judgment.

Finally, the moment that sticks with me the most is the moment right before entering court for his plea hearing in June 2022. He pulled me and his sister's fiancé aside and asked us to take care of his sisters and mother while he is gone because they are all he worries about. Alejandro is a true example of a caring, selfless, and family-oriented man. Alejandro has not missed a day before or after being detained

to speak with his family to keep their minds at ease. He and his family have inspired and driven my efforts to keep in touch with my family on a more consistent basis.

Alejandro has always represented himself in the best light and I thank you for taking his person into consideration during this process.

Sincerely,

Mohamed Hamoud



Honorable Judge Federico A. Moreno
United States District Judge
Southern District of Florida
400 North Miami Avenue
Room 12-2
Miami, FL 33128


RE: Alejandro Alvarez (Date of Birth 10/18/1987

August 18th, 2022


Dear Judge Moreno:

I am writing this letter on behalf of Mr. Alejandro Alvarez. I rarely diverge from my professional role with patients to write letters of support for them in matters outside the therapy process, but in this case, I feel compelled to do so.

I have known Alejandro in a professional capacity just over three years, since April of 2019 when he began seeing me for outpatient psychotherapy. We worked together in regular weekly therapy fairly consistently throughout that year and then had a few sessions during 2020 before terminating treatment due to several issues including the Covid pandemic and his own financial limitations at the time.  We resumed working together again in March of 2022 and continued with weekly sessions consistently through the Spring until he was taken into custody in June of 2022.

In the time that I have known him, I have found him to be an intelligent, thoughtful and caring individual. He has always been friendly and engageable with a robust sense of humor and what appeared to be a marked ability to consider the feelings of others and empathize with them.  I experienced this personally in observing the ways he would respond to me when I would choose to make personal disclosures to clarify ideas or points being expressed to advance the therapy.  He always seemed to be able to set aside his own current emotional needs and wants to take a moment to consider how what I was sharing might have impacted on me, rather than simply seeing how it related it to him. His expressions of empathy and genuine concern for the impact on me of what I was sharing always felt quite genuine. This same capacity for empathy was evident when he shared anecdotes about his work as a property manager, often interacting with residents and clients with serious problems and needs. Alejandro always seemed to me to bring more sensitivity and understanding to the needs and feelings of those with whom and for whom he worked than would have likely been required by the job. This was also evident in the way he talked about friends who were suffering through their own problems and struggles.

In the time we worked together, I observed the ways in which his love and caring for his family, particularly his mother, was evident and instrumental in guiding his behavior.  He lived with his mother and despite his financial ability at the time to find his own accommodations and move on with his life, he continued

12550 Biscayne Blvd., Ste. 800 North Miami, FL 33181
biscaynebaycounseling@mdofficemail.com
www.biscaynebaycounseling.com
305-479-7068



to stay with his mom in large measure to help her financially. He did this at a cost to his own personal satisfaction and growth. I witnessed during the last several months when he was going through the legal process how profoundly devastated he was about the impact of his actions on his family and friends. He consistently expressed profound sadness, regret, embarrassment and shame about the ways in which his actions had and would continue to impact negatively on his family. As catastrophic as were the consequences of his behavior to his current and future life, he always seemed more upset about the ongoing impact on his family rather than on himself. That is not to say that he didn't frequently express an understanding and deep regret about the nature of his behavior and its impact on its voiceless victims. His awareness of the harm to others caused by his behavior often rendered him unable to speak and instead to just express raw emotion.

In the course of his treatment, Alejandro appears to have come to understand the role that substance abuse played in inhibiting his better judgment. It has also been brought forward that Mr. Alvarez was the victim of continuous childhood sexual abuse that was not identified and addressed while it was happening and was so profoundly impactful and painful for him to face that it was withheld during his initial course of treatment. This again was an example of his empathy toward his family as his primary concern during the legal process was protecting his family from the emotional pain of finding out about it. He had great difficulty even mentioning the subject without becoming emotionally flooded and unable to go into details. I believe his shame related to this to be a contributing factor to his substance abuse and ultimately to a range of choices over time that he made that proved destructive to the life he imagined himself to one day have.

After working over these last three years with Mr. Alejandro, I feel a great sadness in seeing what I believe could have been a very bright future quashed by poor choices and an inability to change dysfunctional and self-harming behaviors. Despite this, I see tremendous potential in him to learn from his mistakes, confront the demons of the past and marshal is considerable strength, intelligence, kindness and empathy into a force for good, both for himself and for others. I believe him worthy of a second chance at a healthy productive life, and respectfully implore the court to consider this when his deciding his fate.

Respectfully,

Michael McCarthy, LCSW

12550 Biscayne Blvd., Ste. 800 North Miami, FL 33181
biscaynebaycounseling@mdofficemail.com
www.biscaynebaycounseling.com
305-479-7068

Patricia Pickens Rojas
2374 Biscotto Circle
Davenport, FL 33897
(954) 330-2497

July 29th, 2022

To: The Honorable Judge Moreno,

I have known Alejandro Alvarez for over twelve years. Not only is he one of my best friends but I have the privilege of being related to Alejandro as he is my husband's cousin. In the time that I have known Alejandro he has shown endless support and love to his family, friends, and community.

My husband introduced me to Alejandro back in 2010 and immediately he made me feel like a part of the family. I was only a few months into dating Alejandro's cousin at the time we met but after our initial meeting he would reach out to me and invite me to spend time with him. During these times we bonded over our shared interest in music, fashion, and humanitarianism. Alejandro was always so kind and a great listener. He was in tune with those around him and always went out of his way to make sure they were okay.

It's hard to find friends yet alone individuals who are as caring and loving as Alejandro. There were so many times in my life I experienced hardship and Alejandro would go out of his way to show his love and support. In 2014, my family home was foreclosed on, and I was forced to find places to live on my own. Alejandro accompanied me in looking for places and even took time off to help me move into my apartment.

Back in March 2021, my husband and I lost our daughter. As you can imagine, this period in our life was extremely difficult to navigate. I will never forget the support and guidance Alejandro provided to me during this time. I was experiencing anxiety and depression that I had never experienced before, and it put me in a dark place. Alejandro took the time to show me ways to heal and took time to come up from Miami to Orlando to support me. His love and kindness helped me move forward on my healing journey. Even today, he is helping guide me in my current pregnancy.

Alejandro is my family and big part of my life. Just as he supported me throughout my life, I will continue to support him. We have been in touch during his incarceration, I will continue to support and even visit him if I am allowed. Once Alejandro is released, I know he will need my support just as he supported me all these years. I will be there to support him mentally, emotionally and at any capacity needed to ensure his reentry into society is successful.

I want to thank you for taking the time to review my letter. I understand that Alejandro has been found guilty and needs to serve his time. I hope this letter assists you in understanding Alejandro's character. I am available to discuss the details of this letter or explain anything further if needed.

Sincerely,
Patricia Pickens Rojas

Carlos Daniel Rojas
2374 Biscotto Circle
Davenport, FL 33897
Rojascd9@gmail.com

Dear Judge Moreno,

My name is Carlos Daniel Rojas, and I am one of Alejandro's cousins. We're only 18 days apart and we grew up together in South Florida. Alejandro and his siblings were the only cousins that lived nearby, and we did everything you can think of together. We spent every Christmas and New Year's together growing up, and we went on vacations together to places like Marco Island, Daytona Beach, and St. Augustine. Even though I moved to Central Florida 5 years ago, Alejandro and I have been able to maintain a close relationship by visiting each other often and continuing to spend holidays together. When I had to pick a best man for my wedding, I did not hesitate to pick Alejandro.

Alejandro has always been somebody that has loved and put his family first. Despite Alejandro's parents getting a divorce when he was young, he took on more responsibility within the family by helping take care of his two younger sisters. Alejandro has maintained this level of responsibility throughout his professional life as well. He worked in retail and leasing for many years and was quickly promoted to managerial positions within those companies.

Throughout my life, Alejandro was always somebody I could count on for support whenever I needed it. My wife and I unfortunately went through a tough experience when we lost our daughter when my wife was 36 weeks pregnant due to preeclampsia. Alejandro was one of the first people to reach out to support us in any way we needed. He also helped pay for the funeral for our daughter which we were very grateful for.

I know that Alejandro feels remorse for what he's done, and I know he's committed to becoming a better person. Seeing how he was trying his best to be productive and get the help he needed after his arrest makes me confident he's on the right track. My wife and I are grateful that we have been able to keep in touch with Alejandro through messaging and phone calls since his incarceration, and we hope to visit whenever we are able to do so. We will continue to support him once he's released and hope to maintain the same close relationship we had before his incarceration. Thank you for your time and for considering this letter.


Sincerely,

Carlos Daniel Rojas

**Jerome S. Karr**
**7 Hubert Street, Apt. 5A**
**New York, NY 10013**
**(917) 748-7847**

August 9, 2022

Honorable Federico A. Moreno
United States District Judge
Southern District of Florida
400 North Miami Avenue
Room 12-2
Miami, FL 33128

Re:  Alejandro Alvarez

Dear Judge Moreno:

I work in private equity in New York City, where at age 73 I have been employed by the same
multinational investment bank for the past twenty-four years.  I have known Alex Alvarez for a
decade, as my son Jake is engaged to Alex's sister, Cristina, with whom he has been together
since college.  I have gotten to know Alex at family functions and dinners over the years.  He has
stayed as a guest in my home.

I have always found Alex to be warm, friendly, and caring.  I have witnessed first-hand the
strong love and devotion that Alex feels for his sisters and his mother, Astrid, and they for him.
Under the most trying circumstances, Astrid managed to single-handedly raise three
extraordinary children.  Reflecting his upbringing in such a loving and supportive family, Alex
has graciously welcomed my son into his family, hosting him in Miami multiple times each year.
I have felt comfortable and reassured in knowing that my son was in good, reliable, and safe
hands with Alex—whether it was picking him up from the airport, taking him to dinner, or
introducing him to his own friends so that my son would feel at home in Miami.

I have also seen Alex's unflinching kindness towards those around him.  Over the past few years,
I have had to deal with a series of serious, life-threatening medical issues.  Alex has
demonstrated deep concern and consistently checked in on me.  Remarkably, in the few minutes
each day that Alex has to speak by phone with his family while he is incarcerated, Alex has
continued to ask his sister, Cristina, and my son, Jake, for updates about my health.

I ask you to show leniency towards Alex; he deserves a second chance.  I know he has
committed a serious offense, but he is a good person and he comes from a good family.  I am
convinced Alex will stay on the right track once he is released.  I can say without hesitation that
despite what has transpired, I still could not be happier that my son and I are becoming part of
Alex's family, and that he and his family are becoming part of ours.

Respectfully,

Jerome S. Karr

HONORABLE FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA
400 NORTH MIAMI AVENUE
ROOM 12-2
MIAMI, FL 33128

July 26, 2022

Dear Judge Moreno,

I have known Alejandro Alvarez for 16 years, and while I have countless examples of his good character (some of which I'll touch on in this letter), the very first is from the moment I met him.

I first met Alejandro in the summer of 2006. We had both started college at Florida State University through a program called CARE. Having just moved from Texas, and started college earlier than your conventional freshman, I was navigating a completely new landscape alone. In an effort to meet people and make new friends, I decided to take the campus bus to a nightclub one night. But as I sat on the bus and started to think about all of the possibilities, I started to get anxious. I needed a safety buddy; someone to pair up with to look out for one another, just in case. I looked around the bus and spotted Alejandro. Something about him spoke to me…I felt that he might be someone I could trust…enough to at least approach him and ask without being judged. So I moved seats closer to him and introduced myself. I tend to be straight forward when anxious, so my introduction was something to the effect of, "Hi, I'm Catrina. I just moved here and don't know anyone and I am a little anxious about going out alone. I'm scared I might miss the bus and get left behind or who knows what else. Would it be okay if we agreed to look out for one another tonight? We can just keep an eye out and make sure we don't leave the club without each other?" As the words left my mouth, my anxiety rose…I just thought "Who does this? Who asks strangers to look out for them?!" But without batting an eye or skipping a beat, he smiled and said "Yeah! Definitely! I don't know many people here either, so let's do it." I immediately felt at ease. He kept his word; we made sure to leave together on the campus bus and made it back to campus safely. From that day forward, our friendship blossomed, and here we are all these years later, best friends...family, if you will…for life.

During college, I struggled with depression. Alejandro gave me a place to stay when I needed one, cooked me meals when I was too weak to eat, listened to me cry and talked to me for hours, sat with me on the bathroom floor and held my hair back when I had too much to drink, and somehow always made me laugh, no matter how dark things seemed.

I couldn't afford to go home more than twice a year throughout college, so for every Thanksgiving, Alejandro invited me to drive down to Miami with him to visit his family and spend the holiday weekend with them. His mom, siblings, and extended family welcomed me in their homes and treated me like family without question. I ended up going to Miami with him so much

in college, that I started calling it my second home. His friends and family became my friends and family, and the void that was created by leaving Texas slowly filled.

By the time graduation came along in 2010, I had lived with Alejandro, essentially, all four years of college and built a family of friends in Tallahassee. I didn't want to leave my friend…my brother. Facing life without him just seemed…awful. And it was…for quite some time. Back in Texas, I felt his absence after college deeper than anyone's…like a part of me was missing. But we made sure to stay in touch and visit each other as regularly as we could. About every one to two years, we made plans to visit each other and spend quality time catching up and making new memories. Just like his family took me in, my family grew to love him in the same way. My mom constantly refers to him as her other son, asks me how he's doing, and when he's coming to visit again.

The last time I saw Alejandro was October 2021. My boyfriend and I made plans to go to a festival with him in Miami and we all rented an Airbnb together. I was so excited to see him, as I always am. Upon seeing each other, we embraced with huge hugs and started the laughter train right away. However, a day into my trip, I got a call from my roommate that my cat died shortly after I left. I was absolutely devastated. Alejandro, in true Alejandro fashion, offered immediately to cancel all of our plans and stay in for a quiet movie night, if that's what I needed…even though we had been planning our trip and this festival for 6 months, and it was all non-refundable. I was stunned that anyone would offer that without a second thought…so much love, compassion, and selflessness. I told him how grateful I was, but that staying home wouldn't bring her back. I wanted to be strong and go on as planned. As you can imagine though, I was not myself. Alejandro observed this, and worked with my boyfriend to make sure that any errands he could run, meals he could get…anything he could do to make my life easier during that weekend….he did. I kept apologizing because I felt like a burden, and he just kept reassuring me that taking care of me in my time of need was not a burden; an exemplary example of true friendship.

Your Honor, I know I'm long winded, but this doesn't even scratch the surface of the myriad of stories I have that highlight Alejandro's good character. Simply put, he is one of the most gentle, pure souls I have ever known. He is generous, loyal, and radiates joy, love, and compassion. He cares about his fellow man and the greater good of our society, of which I have many examples if further expansion is needed. I would trust him with my life and my loved ones…and that's saying a lot. The decisions that led him here do not define him. His lifetime of being an amazing and irreplaceable friend, son, brother, and citizen do.

Thank you for your time, careful review of his case, and consideration of his true character.

Sincerely,

Catrina Rincon


1125 Meandering Way                                    Phone: (214) 335-1458
Garland, TX 75040                                      Email: catrinarincon@gmail.com

Honorable Federico A. Moreno
United States District Judge
Southern District of Florida
400 North Miami Avenue
Room 12-2
Miami, Florida, 33128

Your Honor:

My name is Genesis Cuesta. I am 34-years-old. At present, I am a treatment specialist and am employed at Washington DC's parole and probation agency. Prior to my role as a treatment specialist, I worked as a federal probation officer within this agency for nearly six years, directly with returning citizens sentenced to probation and supervised release. I chose this profession mainly because I believe that human beings are innately good and capable of change. I also believe that human beings are capable of remorse and learning from their errors. With every fiber of my being I can certify that if there is one human being that fits within this mindset - it is Alejandro Alvarez.

I have known Alejandro (or Alej, as we affectionately call him) since I was 17 and consider him to be one of my closest friends. We first met in June 2006 when we arrived at Florida State University (FSU) in Tallahassee, Florida, bright eyed and eager to tackle the world. I didn't know much about Alejandro at the time but what I did know is that we were the first of our family to attend college; we left our home of Miami in hopes of following our dreams and becoming someone. We were blessed to attend FSU on a scholarship awarded to first-generation college students. Alejandro and I became fast friends and our friendship bloomed. In that time I learned we were more alike than different: while we were both outspoken, we were also equally shy, and cared to be accepted by those closest to us.

Through the years I learned that he and I had similar self-doubts. Initially, however, I did not recognize myself in him. Why, you wonder? Alejandro is the type of person that has always placed others' needs and concerns before his own. He is an excellent listener; he has the memory of an elephant. If I shared something that bothered me or that made me happy, no matter how trivial it was, weeks later he would check in and ask how I was doing in that area and always offered an ear to listen, and sometimes, a shoulder to cry on.

I had the pleasure of living with Alejandro during my time in Tallahassee. I learned more about him and he about me. As the years progressed, he quickly became the keeper of my secrets. I have always trusted him implicitly. I trusted him as my roommate, which meant trusting him to split the cost of utilities, rent, and household responsibilities. I was able to rely on him in moments where I did not have many others to depend on, both financially and otherwise. But

moreover, and most importantly, I was able to rely on him as a friend and confidant. Even in our worst moments, Alejandro's character never wavered. He treated everyone the same: in our nearly two decades of friendship I have never seen him raise his voice to a single soul, nor disrespect anyone or make them feel small. On the contrary, he was determined to lift others up, make them feel something, if only a tinge of laughter, and constantly cheered for our successes. I have always loved music; Alejandro introduced me to new bands I had never heard of and genres I thought I was too "cool" to explore. We spent endless nights binging TV shows and listening to our favorite songs on repeat. It is likely that the person I am today is thanks to the solidity of our friendship. I have felt safe with him in moments where the world seemed scary. I have seen firsthand his generosity to both friends and strangers. Alejandro and I traveled together and shared countless memories I will forever cherish and reference when I need a moment to smile. He is that person to me.

We spoke constantly about our family. In him I confided my difficult relationship with my mom and the constant struggle between honoring our family and their sacrifice as immigrants, to wanting to break free of this pressure and live life how we choose. In turn, Alejandro shared about his own family: his mother, Astrid, and his sisters, Cristina and Jessica. I have spent time with his family and can attest to their goodness. Astrid is an amazing mother with a beautiful spirit and has done an amazing job raising her three children. Personally, I feel honored to be connected to a family of such kind souls. Alejandro included.

I write this letter to you today thankful to have experienced a friendship like the one I have with Alejandro. I have always been able to call him whenever, wherever, and I know that I would be able to talk with him about nearly anything and expect nothing in return. This is the type of person that he is. I am grateful to be able to have been there for him in the good times and in the bad times as well. Judge Moreno, I implore you to consider the contents of this letter as you consider your sentence. Alejandro is blessed to have a community surrounding him with strength, understanding, and support. This, I believe, is essential to change. As stated earlier, I believe that human beings are capable of change, and I know in my heart that Alejandro feels remorse. He remains eager to work on himself and learn from his choices. I ask that you take this into account as you determine Alejandro's sentence.

Respectfully,


Genesis Cuesta, MA, LGPC
305-924-1504

Leslie Ramos
11200 Biscayne Boulevard
Apartment 406
Miami, FL 33181
ramosleslie@me.com

July 21, 2022

Re: Alejandro Alvarez

Honorable Federico A. Moreno
United States District Judge
Southern District of Florida
400 North Miami Avenue
Room 12-2
Miami, FL 33128

To the Honorable Judge Federico A. Moreno,

I'm writing this letter on the behalf of my close friend, Alejandro Alvarez. I first met Alejandro at American Senior High and have developed a very close friendship with him which has lasted for more than a decade. He quickly became one of my best friends and I consider him an extension of my family. I was shocked and troubled to hear about his case, as Alejandro has always been a stand up person. It is for that reason, that I am happy to write this character reference letter on behalf of him. I understand the severity of the case and am hoping the court will show some leniency at the time of sentencing.

For over the past ten years, Alejandro and I have spent a lot of time together and made many memories. When we first met in high school, we shared a few advanced placement classes. We weren't very close then, but did interact in the same circle of people. During high school, Alejandro was a good student that often would participate in extracurricular activities; he was the Vice President of the Science, Engineering, Communication and Math Enhancement club and the President of the Sorrota club, which would host charitable events around the community. Alejandro was so well liked in high school, that he was awarded the Mr. Presidential superlative of our graduating year.

Our friendship blossomed in our early 20s when I was going through a difficult break up and felt like I didn't have any friends on my side, except for Alejandro. He always had a shoulder to cry on or a joke to make me laugh. As the years progressed and our relationship deepened, I came to know Alejandro as a caring, loving and dependable person. I knew that I could call Alejandro and he would be there for me. During some tough times, Alejandro was true friend. A few years ago, my then boyfriend got sick with cancer, which was a very difficult time for us. Alejandro would check in often and offer his support. A year or so after that, he offered to help us move in

together. He was at our apartment first thing in the morning and helped us get settled without me even asking him for help. Most recently, during the 2020 pandemic, because of my boyfriend's health issues, we had to isolate ourselves for over a year. However, Alejandro would drop off food from some of our favorite restaurants and my favorite cookies from a location in Orlando. I never asked him to do any of this, but he would always just offer. Alejandro is a loving person who wants to do right by others. He often goes out of his way to offer his love and support selflessly and without being asked to do so.

Beyond being a worthy friend, Alejandro is an important part of his family and a skillful employee. Throughout the years, he has excelled in different career positions, resulting in quick promotions and high praise.

While it is unfortunate and shocking the news of Alejandro's misconduct, I am not surprised to learn that he has taken accountability. Since learning of his transgression, Alejandro has expressed deep remorse for his actions and for the emotional burden he has put on those around him. It is my belief that Alejandro will emerge a better person and be the honorable man I know him to be. Your Honor, I hope that this letter is taken into consideration at the time of sentencing. Despite the facts of his case, I still believe Alejandro to be a loving and dependable person.

Sincerely,


Leslie Ramos

From:
Jason Arado
18911 NW 49th Ct.
Opa-Locka, FL. 33055
j.arado@gmail.com
(305)527-2240

July 20th, 2022

To:
Honorable Federico A. Moreno
United States District Judge
Southern District of Florida
400 North Miami Avenue
Room 12-2
Miami, FL. 33128

Your honor,

    I would like to begin this letter by briefly introducing myself before describing my relationship
with Alejandro Alvarez. My name is Jason Arado and I was born and raised in Miami, FL. I
graduated in 2016 from Florida International University with a Bachelors of Science in Computer
Engineering. I'm currently employed by Miami-Dade County Public Schools as a Geometry teacher
at Miami Carol City High School. Alejandro's case has created a whirlwind of mixed emotions for
me personally and I often find myself learning how to cope with the unimaginable situation.

    I first met Alejandro at Lake Stevens Middle School in 6th grade art class. We were assigned
seats next to each other and got along instantly. He was quiet, well-behaved, and funny. This
impression of him didn't change much when we were reunited at American Senior High School a
few years later. I always considered him to be a good influence on me and I definitely credit him for
making my high school experience a memorable one. He encouraged me to join extracurricular
activities and clubs like SECME (the engineering club) – none of which I would have been a part of
if he hadn't suggested to me otherwise. I looked up to him because he would willingly take
challenging AP courses and was very concerned with getting into a good university. Even outside of
school, we grew closer because of our shared interest in music. I can't count how many concerts
we've gone to together. His mother, Astrid, would drop us off at the venue and my mother would
pick us up afterwards or vice versa. Because of this, I grew closer to him and on some level always
considered him like family.

    After our high school graduation, Alejandro went up North to study at Florida State while I
stayed in Miami. We still kept in touch regularly but the distance and our work/school schedules
made it increasingly difficult to stay as close as we once were. During this time, I noticed that
Alejandro began to consistently abuse alcohol. Unfortunately, I don't think he ever stopped until his
arrest.

    Despite this, he was always a caring individual. I felt as though his family was his number one
priority. I believe he would help his mother financially and I very much respected that about him. I
always knew him to have a strong work ethic and as someone who genuinely enjoyed keeping busy.
I also know that he cares very deeply about his friends and would not hesitate to help any of us if
we needed it. This is in good part why I cannot turn my back on him even though his actions were

atrocious and unforgivable. I know that he needs help and I will do what I can to see that he gets better.

On bad days, I feel like I failed him as a friend. That I should have explicitly addressed the drinking sooner or been a better listener so that he would have felt comfortable enough to share that he was secretly fighting inner demons and that he needed help. And while I'm sad that I'm losing Alejandro for a number of years, I know he must face consequences for his actions, and I know that he knows that too.

I visited Alejandro and his family twice while he was on house arrest. His behavior during these visits was reminiscent of the person I knew and befriended in high school – naturally funny and intelligent, genuinely caring, self-aware.

My hope is that he finds the time to reflect on his actions and use his experience to help others who are suffering from a similar mindset. There is no doubt in my mind that the clear-headed, sober Alejandro will inevitably leave a good impression on everyone he meets in prison. While over at his home during our last meeting, I said to him that I know he would be "top of his class" - jokingly, but honestly and with tears in my eyes. We also spoke about him pursuing some kind of higher education programs to make good use of his time while he is incarcerated. I know Alejandro suffers greatly from anxiety, and I hope that he has access to a therapist while he is in custody. With some help, I know that he is fully capable of getting back on the right track and directing his energy into building a better life for himself.

Your honor, I realize that my letter is simply words on paper. But if a lighter sentence based on good behavior is permitted, he will show up and do the work because that is the kind of person Alejandro is. Please give him a chance to prove he is capable of doing what needs to be done and he will not disappoint.


Thank you,


Jason Arado

Honorable Federico A. Moreno
United States District Judge
Southern District of Florida
400 North Miami Ave
Room 12-2
Miami, Florida 33128

Your Honor:

My name is Carlos Mauricio Rojas G. I am Alejandro's only uncle on his mother's side. I am also his godfather. We all are in a situation of disbelief. The thought that Alejandro will be detained for a long period of time is hard to process. But we do understand he broke the law and as hard as that may be, he must face consequences.

My sister Astrid's children Alejandro, Cristina, and Jessica grew up together with my children, Carlos Daniel and Diana Michelle. My son is only 18 days older than Alejandro. And the age difference between the oldest and youngest (my daughter) is 5 years. All holidays and vacations we spent together. Carlos Daniel and Alejandro have been best friends since they were children. Alejandro has always looked out for his younger cousin Diana Michelle. We will be attaching some pictures of our small family.

Alejandro has a special relationship with all of us. I will never forget the support he gave us when we lost our first grandchild. Alejandro is always the center of our family get togethers. As he got older he liked to prepare food for everyone. He would always do the best for family and friends. He always laughs at my bad jokes.

We all will continue to support Alejandro during the time he is detained. I have told him it is time of introspection. He told me that he plans to finish up his degree and hopefully get into a field where he can help others. I understand he is already teaching English to others in prison and is called by some the "profesor."

Alejandro when released will continue to have my support and the support of all his family and friends. We love Alejandro with all our heart, and I know he loves us all the same. I know he deeply regrets his actions not only because of the situation he is in, but mainly because of the pain he has caused others.

Your Honor, Alejandro is a kind person. I wish you could see into his soul and see what we have seen over the years by his actions. I can put my hands in fire for him. I guarantee you that he has learned his lesson, and this will be the last time he is in trouble with the law.

With all respect, Your Honor, I ask you to please be lenient.

Sincerely,


Carlos Mauricio Rojas G.
cxr0qcv60@gmail.com
954.665.4878

Honorable Federico A. Moreno
United States District Judge
Southern District of Florida
400 North Miami Ave
Room 12-2
Miami, Florida 33128

Dear Judge Moreno,

My name is Ana Maria Rojas, and I am Alejandro's aunt. Through this letter I want to talk about my favorite nephew, Alejandro.  I love him so much.  I took care of him when he was a baby alongside my own son who is the same age. I know with all of my heart that Alejandro is noble, generous, respectful, and always thinks of his family.


As he grew up, Alejandro experienced difficult times, like the separation of his parents when he was only nine years old.  Despite his young age, together with his sisters Cristina and Jessica, they pulled through as very responsible and hardworking people.

Alejandro and his sisters grew up with my children and they are all inseparable to this day.  We celebrated birthdays, holidays, and special events together.  The person who would animate our family reunions was Alejandro, with his friendliness and sense of humor.  He always cooked for all of us, making exquisite dishes with a lot of love.  With Alejandro's help, we have spent many happy and unforgettable moments together.

Now I want to tell you a personal anecdote that reflects who Alejandro is as a person.  I have always liked amusement park rides, even today I still like them at 59 years old.  Many years ago, when Alejandro was about 10 years old, our family went to the Miami-Dade County fair together.  I wanted to ride go on a scary ride, but nobody wanted to accompany me.  Eventually, Alejandro said: "Tia, I will go with you."  When we got off the ride it broke my heart to see him with tears in his eyes.  Although he had been very scared of going on the ride, he wanted to make sure I didn't have to go alone.  I will never forget this.

The last two years our family has gone through very difficult times.  We lost our first granddaughter in March 2021.  And now we are all trying to cope with Alejandro's detention.

I understand that Alejandro must serve his time, but I look forward to the day I can support him in the future.  Alejandro is a fundamental person in our small family.  He means so much to all of us, and we miss him so much every day.  I ask with the utmost respect that you consider Alejandro's good qualities during this process.  Our entire family awaits Alejandro's return with open arms.

Sincerely,

Ana Maria Rojas

Honorable Federico A. Moreno
United States District Judge
Southern District of Florida
400 North Miami Ave
Room 12-2
Miami, Florida 33128

Honorable Juez Moreno,

Mi nombre es Ana María Rojas, tía de Alejandro. Por medio de esta carta quiero hablar de mi sobrino favorito, Alejandro. Lo quiero tanto. Yo lo cuidé de pequeño al lado de mi hijo quien tiene la misma edad. Con todo mi corazón sé que Alejandro es noble, generoso, respetuoso, y siempre piensa en la familia.

A medida que fue creciendo, Alejandro ha pasado por momentos difíciles, cómo la separación de sus padres cuando solamente tenía nueve años. A pesar de su corta edad, junto a sus hermanas Cristina y Jessica, salieron adelante como personas muy responsables y trabajadores.

Alejandro y sus hermanas crecieron con mis hijos, y son inseparables hasta el día de hoy.  Hemos compartido cumpleaños, fiestas y eventos especiales. El que animaba estas reuniones familiares era Alejandro, con su simpatía y sentido del humor.  Él siempre cocinaba para todos, haciendo platos exquisitos con tanto amor.  Con la ayuda de Alejandro, hemos pasado muchos momentos felices e inolvidables juntos.

Ahora recuerdo una anécdota personal que refleja quien Alejandro es como persona. A mí siempre me han gustado los aparatos mecánicos de los parques de diversión, aún hoy en día me siguen gustando a mis 59 años.  Hace muchos años, cuando Alejando tenía como 10 años, fuimos a la feria de Miami Dade en familia. Yo quería subir en una montada fuerte, pero nadie quería acompañarme.  Eventualmente, Alejandro me dijo: "Tía yo voy contigo". Cuando nos bajamos se me partió el corazón verlo con lágrimas en los ojos. Aunque él tenía miedo subirse en la montada, él quería asegurarse que no me tendría que montar sola. Esto nunca se me olvidará.

Estos dos últimos años nuestra familia ha pasado por momentos muy difíciles. Perdimos nuestra primera nieta en marzo de 2021. Y ahora estamos tratando de enfrentar la detención de Alejandro.

Yo entiendo que Alejandro tiene que cumplir una pena de cárcel, pero espero el día en que lo pueda apoyar en el futuro.  Alejandro es una persona fundamental en nuestra pequeña familia.  Él significa tanto para nosotros, y lo extrañamos tanto cada día.  Le pido con todo respeto que considere estas calidades buenas de Alejandro durante este proceso. La familia entera espera el regreso de Alejandro con brazos abiertos.

Sinceramente,


Ana María Rojas

Diana Michelle Rojas
3889 NW Flagler Terr, Miami FL 33126
(954)744-2079
Dianamrojas9@gmail.com


Honorable Federico A. Moreno
United States District Judge
Southern District of Florida
400 North Miami Ave
Room 12-2
Miami, FL 33128

Dear Your Honor,

      My name is Diana Michelle Rojas, and I am Alejandro's cousin. I have known him my entire life, and he has always been like a brother to me. Being the youngest member of the family, he is someone that I always looked up to. Growing up, we always spent summers together, and I have fond memories of those times. One summer the family took a trip to Daytona Beach, and I remember spending hours at the pool with the cousins. While everyone was having fun on their boogie boards, I was struggling to get on mine and Alejandro was the only one who took the time to help his little cousin out. He always looked out for me and especially his two younger sisters growing up.

      Alejandro has always been such a character and could make anyone laugh. I can say he has the biggest heart and would lend a hand to anyone who needed it. We always shared the same love for one of our favorite artists, Lady Gaga. One year for Christmas, he surprised me with tickets for us to go see her in concert together and I just remember having a blast dancing and singing at the concert. To this day, it's one of the best memories I have had with my cousin. My favorite holiday will always be Christmas, mainly because we both made it a tradition that he was Santa, and I was his elf, and we would pass out the gifts to everyone. It may seem silly, but we had so much fun making the whole family laugh.

      Alejandro is already working every day to better himself and even better others. He has told us he is teaching two of his fellow inmates how to read and write in English and Spanish. Whenever he can, he always helps others no matter what. He is loved by so many and has made an impact on so many of our lives. Thank you for your time.


Sincerely,
Diana Michelle Rojas

From,
Jason Flores
15475 Southwest 80th Street
Miami, Florida 33193
(305)297-8951
Jflor117@fiu.edu

Date: 07/20/2022

To,
The Honorable Judge Federico A. Moreno
United States District Judge Southern District Of Florida
400 North Miami Avenue
Room 12-2 Miami, Fl 33128

Dear Honorable Judge Moreno,

I, Jason Flores a very close friend of Alejandro Alvarez am writing this letter on behalf of the case he is currently facing. This case took me by a complete surprise as the Alejandro I know doesn't have such character. I have known Alejandro since 2016 through mutual friends and have become very close friends with him since. Through our many social encounters, I have always found him very focused, hard-working and caring. Alejandro, from my knowledge did exceptionally well in his studies with great proficiency in political science, and history while attending Florida State University. From the many stories I have heard from his peers about his past in High School. He was heavily involved in extracurricular activities, programs, clubs, and was in the student body government. All of the attributes he had gained in high school through his years of hard work made him a strong, fun-loving, caring, intelligent, and sociable person in which he continued to carry through out his adulthood.

From the time I met Alejandro, he was always a caring individual. His family, and friends were his number one priority. He would always speak very highly of his family with nothing but love, and support. I believe he would help his mother financially, and was in the middle of getting a big promotion at work. I grew to know him as a person with strong work ethic, and as someone who greatly enjoyed keeping busy, seeking any sort of higher knowledge in every opportunity given. Alejandro was a person I greatly enjoyed talking to because of his heartwarming support through all the good and bad days. After my father took his life he was one of the very first friends that reached out to me, and was able to support me financially for a proper burial of my father. Alejandro has been, and always will be a very reliable, charitable and caring person. Despite his case, I could not have turned my back on him, because I knew him as a completely different person.

I visited Alejandro while on his house arrest. During that time he made sure follow all the rules, and obligations because that is just the type of person he is. He had also reflected on his actions, and wanted to use his experience to help others who are suffering from a similar mindset. He also mentioned that he had access to a therapist and wants to pursue higher education programs. It is with no doubt in my mind that he will continue to be a civic minded person while in prison. I ask that you please give him a chance to prove he is capable of continuing to be civic minded and that he will not disappoint.

Thank you, Jason Flores.

Honorable Federico A. Moreno
United States District Judge
Southern District of Florida
400 North Miami Avenue
Room 12-2
Miami, FL 33128

Date: August 11, 2022

Dear Judge Moreno,

In September 2017, I lost my son, Caiden, right after celebrating his second birthday a month earlier. I was living in Atlanta at the time it happened but decided to move back to Florida shortly after his funeral. When I moved back, I chose to be away from my family that lived in West Palm Beach and moved to Aventura so that I could go through my healing process without the constant outreach or random check ins – I just needed to be alone. I accepted a demotion with my job in property management when I moved and was later promoted again to a higher position at another property where I met Alejandro Alvarez.

At first, I was relieved to be around a staff who didn't know my story and would avoid persons feeling the need to ask how I was doing each day. But on the flipside to that, I wasn't aware that I was also building a wall with my new teammates. One day, I sat back at my make-shift desk in the conference room and observed persons waiting to speak with Alejandro regardless of being offered assistance by another team member. That day, I walked up to him and jokingly called him famous and in that moment I realized why everyone gravitated to him. He burst out laughing and if you were to witness his laugher, it was infectious. He immediately took me to a place of normalcy, as the old me used to be full of sarcasm, jokes, ab-wrenching laugher and it's never a dull moment since then with him. From that day forward, he was my go-to because he just gets me.

I also got to know him more – he enjoys a good brunch, LOVES going to Disney, could introduce you to some good eats, and he cherishes his friendships – all of them. He was the first person I opened up to about losing my son on the team. He cried with me, and for the first time in a long time, I felt that I could express my emotions without feeling as if the person listening was just doing so to have a response instead of allowing me to "feel". He also encouraged me to open up to the others on our team because of his relationship with them- he found them to be judgement free, understanding and compassionate. Because he cared, our team created a bond where I felt like I have known them my whole life. Even in a professional environment, we could be ourselves around each other. We've laughed, cried, vented and had weekly celebrations at the Anderson in North Miami Beach- we owe this place a lot due to all the memories they've allowed us to create there- celebrated birthdays, baby showers, Christmases, Pride month, Just-because celebrations and this list goes on, just because we were our own little family.

Judge Moreno, I say all this to say that, had I not met Alejandro, who helped me open up a whole new world of positive relationships with himself and others that I now deem some of my best and closest friends, who knows where my mental space would be today. I really struggled in those months following my son's passing and he pulled me away from moments of depression and anxiety, has always been selfless, welcoming, and exudes light and positivity, even when he was going through his own dark

times. No one is perfect, Your Honor. But I truly hope that my experience with Alejandro is just another example of his contribution to those around him and the impact he's had on all those he's interacted with.

Sincerely,

Kadian Allen Vernan

HONORABLE FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA
400 NORTH MIAMI AVENUE
ROOM 12-2
MIAMI, FL 33128

Dear Judge Moreno,

I've known Alejandro Alvarez for 10 years now. I met him when I was only 21 years old when I had just gotten my first job at Forever 21 in the Dolphin Mall location in 2013, and he was one of the managers. He was a stellar manager, every employee loved him not only because of his way of being a leader, but also because Alejandro stands out for his charisma and his contagious laugh. He took me under his wing and helped me grow professionally. Eventually, we worked in different locations of the district, but thanks to his guidance, I was promoted to co-manager, and we both served as the store manager's right hand. Alejandro taught me how to do corporate visits, how to manage stores with over 45 employees and how to be more than just a boss.

In 2019, Forever 21 was about to go bankrupt and it was just a matter of time before I had no job. Alejandro had heard the news and reached out to me, even though he had already left Forever 21. He talked to his boss at his new company, Gables Residential Property Management Company, and within 2 weeks I was interviewed and hired. And once again, Alejandro took me under his wing and taught me all about this company. Over the last 3 years, I've worked in 3 properties and gotten 3 promotions making me the most stable I've ever been, and I have Alejandro to thank for that.

Your honor, besides Alejandro being my mentor career wise, we became very close the first year we met. We both bonded mainly because we both struggle with depression and anxiety. Alejandro became like a brother to me over the years, he knew about the domestic violence I grew up with as a kid, all the issues from my past or present. Alejandro made sure I felt heard and validated. Any time I was in his presence I would have a smile on my face, anyone that knows him can tell you that there is always laughter and light when Alejandro is in the room. Everyone knows what an educated man he is, very involved in politics, societal events, you can always have an intellectual conversation with him.

Alejandro is missed beyond measure. By all his friends and family. Your honor, as you determine Alejandro's sentence, know that he has taken full ownership of his mistake and is aware of the consequences, but we ask you to please allow him to have a life to come back to, where he can be his best version.

Sincerely,
Belma Mejia

Honorable Federico A. Moreno
Unites States District Judge
Southern District of Florida
400 North Miami Avenue
Room 12-2
Miami, FL 33128

Date: July 15, 2022

Dear Judge Moreno,

I know Alejandro Alvarez to be not just a coworker, but one of my closest friends. We met 4 and a half years ago where we were managers for a property management company. We sat side by side at the same desk and what I thought was just an amazing working relationship, quickly turned into a lifelong friendship. Through our daily conversations, our similarities began to shine. We found out we were in the same city of Tallahassee for college and that we also shared the same thoughts on music selections, pop culture, and politics. Alejandro's wittiness and intellect were simply unmatched.

I experienced many things during my time at that property including relationship issues, a car accident on the 95 where my car was totaled, and a property sale which put me in limbo of whether or not I would have a job or even a place to live. Alejandro became my solace during the darkest of times. He would take me wherever I needed to go, call/text nonstop to check up on me, and ALWAYS found a way to make me laugh so hard it hurts. Your honor, that is who I know Alejandro to be, a trustworthy confidant always willing to be there and sacrifice all that he has for his family and friends.

During our time of confiding in one another, Alejandro started talking about his anxiety and panic attacks that were starting to manifest. He started struggling a bit financially with student loans and other bills. There was always a question of self-worth and doubt. Your honor, Alejandro was held up by the amazing women in his life (mother/sisters/friends) but through many talks he and I believed that therapy would be his absolute best option. The irony is that I looked to him to be my therapy. I trusted him with my deepest secrets as he was always honest and forthcoming with me. I could call or text any time of the day or night and he would be there.

I definitely saw a change in Alejandro through therapy. He began to develop coping skills to manage his anxiety and the onset of his panic attacks. Until last year June of 2021.

Last June, was the first time our company decided to become an ally/sponsor for the Pride Parade in Wilton Manors. I found it extremely important to show support as we had many employees who were LGBTQIA+ in addition to Alejandro. Alejandro always made it a point to show support and be charitable for all minority

It is during this time that Alejandro, myself, and some other co-workers had a near death experience. We were the first attendees waiting in line behind a fence for the workers to let us begin marching in the parade. Those behind us included hundreds of other parade groups that were either walking, marching, or following with their vehicles. Immediately behind us, was a band group that also had someone with a pickup truck.

As the attendant opened the gate, Alejandro and I walked towards its exit as our group practically took up the entire entrance. The parade attendant then instructed us to begin to step to our lefts. With Alejandro behind and slightly to the right of me, the next thing we heard (5 seconds of stepping to our left) was a vehicle behind revving their engine as if they slammed their foot on the gas.

The truck came zooming immediately to the right of Alejandro and I and just missed us. We than saw the truck hit a man whose body went flying in the air. He then proceeded forward and hit another man whose body did the same and went flying in the air and to the ground until he crashed into a building of a plant nursery across the street.

We all screamed and ran to the sidewalk looking for one another to ensure everyone is ok. We immediately thought this was a hate crime and was scared for our lives. I sprung into action in trying to console Alejandro and another coworker who passed out from what she just witnessed. Alejandro, was particularly triggered and began to weep. I could only imagine being in his shoes as a gay Latino man, experiencing blatant hate towards this community. I tried to console him as he called his mom who I then had to attempt to calm down on the phone.

That is who we were for one another. Each other's support in the scariest of times. Witnessing someone die in front of you and then thinking this could have been you too I am sure weighed heavily on Alejandro's mental health as it did mine as well. He has a sensitive caring nature to him that at first glance can minimally be seen through his smile but really makes an entrance once you talk and get to know him.

Your honor, as you are determining your sentencing, I ask that you look beyond all of what someone who does not know Alejandro thinks would be the ideal sentencing for him and more so lean into those who truly know him to be the person who calls out social injustices. The person who would literally do ANYTHING for those he loves. The person who struggles with mental health (anxiety/panic attacks) like the majority of us. The person who remains well informed with major societal topics. The person who is not a threat to our society, but to many a beacon of light. The person who is a person who made a terrible mistake but who is worthy of rehabilitation, access to education, and the opportunity to have a life to come back to so that he can really leave his positive mark on this world during his lifetime.

Sincerely,

Sakura Baron

Brenna R. Kays, M.S.
951 Euclid Ave. Apt. 1
Miami, FL 33139
305-733-3273
brenna.kays@gmail.com

To the Honorable Judge Federico Moreno,

I'm writing on behalf of my friend, Alejandro Alvarez. I understand that Alejandro has pleaded guilty to his crime and I am writing to offer a different dimension of who Alejandro is as a person. I've known Alejandro for over ten years and in that time, he's been one of my dearest friends and I consider him to be the brother that I never had.

He's a dedicated worker, son, brother, and friend; the type of friend that you can count on when the going gets tough. He's someone I know I could call in an emergency or just when I need someone with a shoulder to cry on or give me a good laugh. He is a generous, sensitive man with a big heart who cares deeply about the wellbeing of those close to him. For the past ten years, Alejandro has comforted me in some of the most trying times in my life: through difficult breakups, through the loss of my beloved dog, through many moves, and countless personal tribulations.

The past several months have been challenging while I, his friends, and family grapple with the painful and shocking news of his incarceration. This loss will undoubtedly leave a hole in all our hearts as we await the day that Alejandro is free again. My heart breaks for Alejandro's family. Particularly for his mother, Astrid, who he loves deeply and has helped support during struggles with her health, both emotionally and financially. In our conversations, Alejandro has expressed great remorse for his crime and articulated his commitment and plans for healing and growth during his imprisonment. Undoubtedly, there will still be healing and atonement to be done once Alejandro is free again and I look forward to supporting him on that path when that day comes, hopefully sooner rather than later.

I thank you and the court for this opportunity to advocate on the behalf of Alejandro. I ask that you weigh this perspective when deciding Alejandro's sentence and consider leniency.

Sincerely,

Brenna R. Kays

Alexander Smith
11200 Biscayne Boulevard.
Apartment 406
Miami, Fl. 33181
(305) 746-6970

July 21, 2022

Re: Alejandro Alvarez

Honorable Federico A. Moreno
United States District Judge
Southern District of Florida
400 North Miami Avenue
Room 12-2
Miami Fl. 33128

To the Honorable Judge Federico A. Moreno,

I am writing this letter on behalf of my friend Alejandro Alvarez. I have known Alejandro since I
was in the sixth grade. It has been about 22 years. It wasn't until my now fiancée and I started
dating in 2013, she being very close to Alejandro, that he and I became much closer friends.
Alejandro essentially became a part of our family, and we became a part of his. We were also
close to Alejandro's cousin and his wife so we were together often. All of this is to say that I
consider Alejandro to be a close friend and him to be a big part of my life. Through my personal
victories and challenges I know that he is always a presence that could be counted on. In 2016, I
fell sick with lymphoma, and he was an important part of my support system. I was a teacher
back then and falling behind with extra work doing things like grading papers. From the
beginning, Alejandro offered to lend a hand with that extra work in any way he could.
Weekends spent with friends, Alejandro always being present, were a big part of helping me
mentally get through that very tough period in my life. I know during that time period he would
have done a lot for me had I asked him.

In addition to the above, due to my health issues, my girlfriend and I did very little venturing
into the outside world during the covid lockdown prior to being vaccinated. We essentially
didn't see our own families save for a couple of times through that 15 month period. Alejandro
made it a point to drive to our home and bring food and other goods he knew we would enjoy.
He did this all without asking, which comes to show what a generous and caring person
Alejandro can be. I have always felt like Alejandro has been someone I can count on to go
through many lengths to help me and my fiancée if we ever needed the help.

To say that the events that transpired earlier this year involving Alejandro's arrest were a shock
to me is an understatement. But deep down I still know that Alejandro is a very good person

who made an error in judgement. This is why I have taken the time to write this letter and ask you, Judge Moreno, to please consider all of the great qualities Alejandro possesses as a person when you are considering the length of Alejandro's sentence.

Respectfully,

Alexander Smith

Gabriela Aramayo
3932 Florida Street
San Diego, CA 92104

HONORABLE FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA
400 NORTH MIAMI AVENUE
ROOM 12-2
MIAMI, FL 33128

Your Honorable Judge Moreno,

I hope this letter finds you in good health and spirit. I write to you from my living room in San Diego, California where I have lived for the last four years working as a Civil Engineer for the City of San Diego. Prior to moving to the west coast, I was living in Miami, Florida, where I was born and raised. I met Alejandro Alvarez during my undergraduate years at Florida International University, through a mutual childhood friend, who introduced us at a 4th of July gathering at the beach. We bonded over our love for buñuelos, arepas, and Selena. I remember the day I told Alejandro I would be moving to the other side of the country–he was driving me home from dinner and we stopped on the side of the road to embrace, cry and laugh. We promised each other that we would stay in touch through FaceTime and that he would come visit, once I had settled in San Diego. Our plans for him to visit were paused due to the COVID-19 pandemic and we would FaceTime during our days off, as both of us were fortunate to have stayed employed during this time. Alejandro was a diligent and committed Building Manager, stepping up as a leader to fill in when and where he was needed. His vivacious spirit and energy filled any room he entered and was felt through our long-distance chats. I miss hearing his laughter and seeing his smile.

During my undergraduate years–Alejandro would be the person I turned to for motivational support when my classes were tough. He would encourage me to stick up for myself in my engineering classes, when I was often the only woman in the room. He is trustworthy and reliable– volunteering to take care of my parent's pet cats during their travels and offering to give me rides to and from social outings. Alejandro has always been loyal and committed to his family–supporting his mother, Astrid, during health and financial challenges.

The past several months have been difficult to our shared group of friends and Alejandro's family. When I visited Alejandro as he awaited trial, we talked about his deep remorse for his actions and subsequent effect his actions have had on those that love him dearly. I hope this letter is able to shed light on how caring and dependable Alejandro is and continues to be. Thank you for taking the time to read and consider this letter, in your decision.

Sincerely,

Gabriela Aramayo

Honorable Federico A. Moreno
United States District Judge
Southern District of Florida
400 North Miami Avenue
Room 12-2
Miami, Florida 33128

Your Honor:

My name is Indiana Arauz and I am 29 years old. I am the youngest of three children. In the year of 2016, I had recently moved back from Orlando, FL where I was attending the University of Central Florida but unexpectedly had to move back as financial struggles put my undergraduate career on pause.

I remember meeting Alejandro briefly over time as my oldest sibling, Noelia had gone to Florida State University with him. They continued their friendship from college when they both moved back home to Miami, Florida. Sometimes we would see him at Dolphin Mall where he was a manager at Forever 21.Other times my sister mentioned that Alejandro and his friends were at the beach having a BBQ and we were invited.  It wasn't until a particular night in January of 2017 that our friendship began to blossom into what it is today. We were both at a music festival on Miami Beach and it wasn't until then that I was able to fully connect and have a conversation with Alejandro. He had a sweet nature to his personality yet it was met with a sense of shyness and timindness.

From that moment on, we quickly connected over common interests of food, pop culture, and of course, music. We would talk often throughout the week about reality tv, going to the beach, or buying tickets to music shows in Miami. Our friendship became a source of emotional support and a space where I reached a sense of belonging and acceptance within our friendship. My move back home was a process of self-discovery, working through emotions of failure and disappointment that happen when a life plan falls short. It's like Alejandro always knew the value of having someone to listen and showed a side of true selflessness. I never felt embarrassed or judged negatively from sharing my vulnerabilities and frustrations. Friends who become family can be those who see you for who you really are and want to be there with you as you learn and grow.

Alejandro wasn't just a regular friend. He had become and was part of my chosen family and community. I got to meet his lovely and dedicated mother, Astrid. The woman behind Alejandro's selflessness and supportive nature. Alejandro is a reflection of his mother's dedication and commitment to her children. I truly believe through his mother, Alejandro was able to be the kind of friend that everyone needed. I always felt grateful for our friendship and knew I had someone who was going to be there for me, no matter what. Alejandro is someone who is supported and loved by the women in his life. His mother and his two sisters, Cristina and Jessica. I ask of you, Judge Moreno, to consider the details of this letter when considering Alejandro Alvarez's

sentencing. I truly believe that Alejandro is capable of committing to the task of returning to his true self as a person; that person of selflessness, loyal, and dependable behavior.

Respectfully,

Indiana A. Arauz
305-457-9277

August 4, 2022

Honorable Federico A. Moreno
United States District Judge
Southern District of Florida
400 North Miami Avenue
Room 12-2
Miami, FL 33128

RE: Alejandro Alvarez

Dear Honorable Judge Moreno,

I am writing this letter in support of Alejandro Alvarez. I am a corporate lawyer at the New York office of a large international law firm. I am originally from Miami, Florida, where I lived with my parents until the age of 18.

I have known Alejandro for approximately 20 years – his sister, Cristina Alvarez, and I have been best friends since we met in the 6th grade in 2002, when we were both 11 years old. Over the past 20 years, I have spent a significant amount of time with the Alvarez family and have come to know Alejandro very well. Although my relationship with Alejandro was initially derived from my friendship with his sister, I independently consider Alejandro a close friend.

Throughout middle school and high school, I spent a lot of time in the Alvarez household, whether after school during the week or at sleepovers over the weekend. I participated in many family gatherings, including birthdays, holidays, and family dinners. Occasionally, I would even tag along for short weekend trips to Orlando or West Palm Beach. Alejandro was always present during these occasions – he is very close with his mother, Astrid, and his two sisters, Cristina and Jessica, and spends much of his time with his family. For as long as I have known them, the Alvarez family has been a loving and tight-knit family unit and I have always felt incredibly comfortable in their presence.

I have consistently observed Alejandro to be a caring and devoted brother, son, and friend. Astrid is a single mother and raised her three children completely on her own. As the oldest of his siblings, Alejandro took on extra responsibilities as a teenager to help his mother, including helping with household duties such as grocery shopping and cooking dinner, all the while excelling academically as a high school student. Alejandro has always had a strong group of friends and is very clearly loved and treasured by them.

For the last 10 years, Alejandro has lived with his mother in Miami. During this time, he has continued to be a reliable and trustworthy son, accompanying Astrid on her medical appointments, and generally helping to maintain their home together. After I moved from Miami to the Northeast at the age of 18, I would always make sure to visit Alejandro and Astrid whenever I was back in Miami for the holidays or a long weekend, even when Cristina was not there. I have fond memories of these visits, where we would exchange important life updates and generally catch up.

Alejandro has a great sense of humor and never fails to make me laugh. He is kind-hearted and gentle - in all the years that I've known Alejandro, I have never seen him lose his temper or raise his voice. Throughout this judicial process, Alejandro has displayed incredible resilience, understanding, and selflessness. It is clear to me that Alejandro values his mother and sisters deeply and that their well-being is of the utmost importance to him. In his family and close friends, Alejandro has a wonderful support system – he is loved by many, including myself, and I know that he will continue to have this support system moving forward.

Sincerely,

Lizzeth Merchan, Esq.

Janet O'Rear
7899 N.W.181ˢᵗ Street
Hialeah, FL 33015

July 21, 2022

Honorable Federico A. Moreno
United States District Judge
Southern District of Florida
400 North Miami Avenue
Room 12-2
Miami, FL 33128

Dear Judge Moreno:

I am writing this letter as a reference for Alejandro Alvarez.

I have known Alejandro casually since he was a teenager.  His mother and I have been close friends for as long, through attending the same church.  During high-school and college years Alejandro, his sisters and my son shared many of the same circle of friends.  Therefore, over the years we have spent many family celebrations together, such as birthdays, graduations, holidays, etc.

In his professional life I have known him to be consistent in his employment and when I've been involved in various Church fundraisers and asked for his help, he's been generous in contributing.

I know that he is a vital member of his family, and a companion to his mother, whom he lives with.

I respectfully ask that you consider the good in Alejandro, and his relationship with his family.

Sincerely,

Janet O'Rear

DocuSign Envelope ID: 73735972-D5D1-4849-99EA-51A814FDDDB5

Your Honor,

I have had the pleasure of knowing "Alex" Alvarez since 2006, where we attended Florida State University together. After meeting, we became great friends and even roomed together for our Sophomore and Junior Years.

Recalling those days in our early adult life, I knew I could always count on my friend for advice, knowledge about worldly affairs (he is very apprised of Global Politics) and someone to study until the early morning hours in our campus library.

Since those years, I have always remained a close friend to Alex, as I relocated back to South Florida in 2015. We have a very intimate friendship, and it has always been a small group of just the three of us who have remained  close since those days in Tallahassee, connecting a few times a year for little "Roommate Reunions."

It deeply saddens me to hear of the circumstances surrounding my friend. I have realized just how precious our time on this earth is, and how we never can get a day back. Life is precious and I am so very grateful that I am in good health and have the ability to achieve desired milestones in my life. I can only try to begin to understand your thoughts and process, but as you have taken the time out of your day to read this letter, I would like to end in saying that the Alex I know is a wonderful guy, full of humor, cares for his family, and is a bright energy that makes our community a more colorful place.

Wishing you and your family Happiness, Health, and Prosperity.


Sincerely,

*Michael Anthony DeLuca*
Michael Anthony DeLuca