UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Sentencing Minutes for Hon. Federico A. Moreno

DATE **08/30/2022** DEFT **ALEJANDRO ALVAREZ** CASE NO. **22-20030-CR-MORENO**

REPORTER **Gilda Pastor-Hernandez**         CLERK **Shirley Christie**

AUSA **Bertila Fernandez**         DEFT. COUNSEL **Sam Rabin, Esq.**

USPO **Vanessa Pulido**         INTERPRETER **N/A**

( ) Deft. failed to appear – WARRANT ISSUED.   Bond forfeited.

   ( )   Sentencing continued until ___.

   (xxx) JUDGMENT AND SENTENCE

**Imprisonment:** **120 MONTHS**

 (xxx)  **Custody of Defendant**

   (xxx) Remanded to the United States Marshal

   ( ) Voluntary Surrender to (designated institution or U.S. Marshal) on

   (xxx) Commitment recommendation:   **1) COLEMAN 2) Drug Treatment Program 3) Sex Offender Program**

**Supervised Release:** **LIFE**

**Assessment:** **$100.00**

**Other: (Fine, restitution, etc.)**   **No Fine. Restitution-$7,000.00**

**(xxx) Additional comments:**

COURT TIME:   1 hour 8 minutes